UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re:<br><br>**CARDINAL FASTENER & SPECIALTY CO., INC.,**<br><br>　　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 11-15719<br><br>Judge Randolph Baxter |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE ON BEHALF OF WELLS FARGO BANK NATIONAL ASSOCIATION

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 9007, 9010(b) and 9013 of the Federal Rules of Bankruptcy Procedure, the undersigned attorneys and law firm enter their appearance as counsel for Wells Fargo Bank National Association ("Wells Fargo") and request that all notices given or required to be given in this case and all papers served in this case be given to and served upon the undersigned at the following office, telephone number, facsimile number and email address:

> Nicholas J. Brannick, Esq.
> SQUIRE, SANDERS & DEMPSEY (US) LLP
> 41 South High St., Suite 2000
> Columbus, OH 43215
> Phone:  614.365.2700
> Fax:  614.365.2499
> Email:  nicholas.brannick@ssd.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Federal Rules of Bankruptcy Procedure 2002(a), (b) and (f) and 3017(a), but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or

oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, email or otherwise that relate to the Debtor, property of the Debtor or the Debtor's estate, or this case.

**PLEASE TAKE FURTHER NOTICE** that neither the filing of this Notice and Request nor anything contained herein is intended to waive or shall constitute a waiver of any rights of Wells Fargo, all of which are reserved, including but not limited to (a) the right of Wells Fargo to have final orders in non-core matters entered only after *de novo* review by a District Court; (b) the right of Wells Fargo to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (c) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (d) the right to have documents served in accordance with Federal Rule of Bankruptcy Procedure 7004 and Federal Rule of Civil Procedure 4; or (e) any other rights, claims, actions, defenses, setoffs or recoupments to which Wells Fargo may be entitled under agreements, in law or in equity. All of the above rights, claims, actions, defenses, setoffs and recoupments are expressly reserved and preserved unto Wells Fargo without exception, and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation of Wells Fargo or its counsel in this case.

Dated: June 30, 2011 

Respectfully submitted,

*/s/ Nicholas J. Brannick*
Nicholas J. Brannick (0079642)
SQUIRE, SANDERS & DEMPSEY L.L.P.
41 South High St., Ste 2000
Columbus, OH 43215
Phone: 614.365.2700
Fax: 614.365.2499
Email: nicholas.brannick@ssd.com

*Pro Hac Vice* Motion Pending

*Counsel for Wells Fargo Bank National Association*