IT IS SO ORDERED.

Dated: 27 July, 2011 03:16 PM

RANDOLPH BAXTER
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: In Proceedings Under Chapter 11

**Cardinal Fastener & Specialty Co, Inc.,** CASE NO: 11-15719

Debtor. JUDGE RANDOLPH BAXTER

## ORDER OF RECUSAL

Pursuant to 28 U.S.C. §455(b), and for good cause shown, the bankruptcy case of Cardinal Fastener & Specialty Co., Inc., is hereby returned to The Clerk of Court to be reassigned.

The Clerk of Court shall serve notice of this Order upon the Debtor, and all entitled parties-in-interest.

**IT IS SO ORDERED.**

cc: Mr. Kenneth J. Hirz, Clerk of Court