# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| ----------------------------------------------------------x | Chapter 11 |
| In re: : |  |
| : | Case No. 11-15719 |
| CARDINAL FASTENER & SPECIALTY CO., : |  |
| INC., : | Judge Pat E. Morgenstern-Clarren |
| : |  |
| Debtor. : |  |
| : : |  |

## AMENDED AND RESTATED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS, SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

Cardinal Fastener & Specialty Co., Inc. hereby files its Amended and Restated List of Creditors Holding 20 Largest Unsecured Claims, Schedules and Statement of Financial Affairs.

Dated: August 8, 2011

Respectfully submitted by:

*/s/ Rocco I. Debitetto*
Rocco I. Debitetto (0073878)
Emily W. Ladky (0085527)
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone: (216) 621-0150
Facsimile: (216) 241-2824
E-Mail: ridebitetto@hahnlaw.com
eladky@hahnlaw.com

*Counsel for Debtor and Debtor-in-Possession*

4141597.1