B4 (Official Form4)(12/07)



# UNITED STATES BANKRUPTCY COURT
## Northern District of Ohio

In re  Cardinal Fastener & Specialty Co., Inc.,
       Debtor

Case No.  11-15719

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).



| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Jim Meathe 416 E. Paces Ferry Road Atlanta, GA 30305 | 404-812-0057 | Loan | | 261,631 |
| Robert W. Boykin 8015 West Kenton Circle, Suite 220 Huntersville, NC 28078 | 704-896-2880 | Loan | | 261,423 |
| KREHER STEEL COMPANY, LLC 3218 PAYSPHERE CIRCLE CHICAGO, IL 60674 | SHAWN (F) EMAIL-SLINDSAY@KREHER.COM 8003230745 | Trade debt | | 240,470 |

**Amended**

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| METAL IMPROVEMENT COMPANY<br>BOX 223367<br>PITTSBURGH, PA 15251-2367 | 2604954445 | Trade debt | | 173,884 |
| Al Adams<br>1900 E. Ninth Street, Suite 3200<br>Cleveland, Oh 44114 | 216-621-0200 | Loan | | 157,402 |
| John Reed<br>7700 Northfield Road<br>Walton Hills, OH 44146 | 440-439-7700 | Loan | | 157,048 |
| BANNER SERVICE CORPORATION<br>P.O. BOX 88485<br>Attn: Credit Dept.<br>CHICAGO, IL 60680 | 4402127827 | Trade debt | | 135,571 |
| TURRET STEEL CORP<br>C/O LARRY WEIR<br>105 PINE STREET<br>IMPERIAL, PA 15126-1142 | LARRY WEIR-STANDARD OVN<br>8002454800 | Trade debt | | 116,695 |
| PRO METALS, LLC.<br>631 PLUM STREET<br>AURORA, IL 60506 | ANDRE MADRIGAL<br>6302646466 | Trade debt | | 114,240 |
| John Boykin<br>8015 West Kenton Circle, Suite 220<br>Huntersville, NC 28078 | 704-896-2880 | Loan | | 105,180 |

*Amended*

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| MT HEAT TREATING<br>8665 STATION STREET<br>MENTOR, OH 44060 | SONJA<br>8003544328 | Trade debt | | 66,017 |
| EARNEST MACHINE PRODUCTS<br>12502 PLAZA DRIVE<br>PARMA, OH 44130 | 2163621100 | Trade debt | | 51,685 |
| CHICAGO STEEL AND IRON<br>300 E. Joe Orr Rd.<br>Chicago Heights, IL 60411 | 7086722205 | Trade debt | | 48,720 |
| AMERADA HESS CORPORATION<br>PO BOX 905243<br>CHARLOTTE, NC 28290-5243 | billing inquires<br>8004377265 | Trade debt | | 31,335 |
| ILLUMINATING COMPANY<br>PO BOX 3638<br>AKRON, OH 44309-3638 | 8005893101 | Utility Services | | 30,968 |
| JERGENS INDUSTRIAL SUPPLY<br>PO BOX 931344<br>CLEVELAND, OH 44193 | 2164862100 | Trade debt | | 30,409 |
| BRITE METAL TREATING<br>2655 HARRISON AVE. SW<br>CANTON, OH 44706 | GEORGE<br>2166478760 | Trade debt | | 29,072 |

![Amended]

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| CLICO PRODUCTS PO BOX 688 HUDSON, OH 44236 | 3306500516 | Trade debt | | 28,273 |
| BEDFORD PRECISION PRODUCTS, INC. 333 Northfield Road Bedford, OH 44146 | Ann 4407867277 | Trade debt | | 26,102 |
| CIUNI & PANICHI, INC. 25201 CHAGRIN BLVD. CLEVELAND, OH 44122-5683 | 2168317171 | Services | | 25,035 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date    August 8, 2011

Signature    *[signature]*
JOHN W. GRABNER,
President