**Amended**

In re  Cardinal Fastener & Specialty Co., Inc.            ,        Case No.  11-15719
                    Debtor                                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Consideration: Services | | | | |
| AIRGAS GREAT LAKES PO BOX 802576 CHICAGO, IL 60680-2576 | | | | | | | 4,145 |
| ACCOUNT NO. | | | Consideration: Loan | | | | |
| Al Adams 1900 E. Ninth Street, Suite 3200 Cleveland, Oh 44114 | | | | | | | 157,402 |
| ACCOUNT NO. | | | Consideration: Services | | | | |
| ALGORITHM, INC. PO Box 75569 Cleveland, OH 44101-4755 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Consideration: Services | | | | |
| ALLIED WASTE SERVICES (Republic Svcs) CLEVELAND DISTRICT P.O. BOX 9001099 LOUISVILLE, KY 40290-1099 | | | | | | | 1,335 |
| ACCOUNT NO. | | | Consideration: Open Account | | | | |
| AMERADA HESS CORPORATION PO BOX 905243 CHARLOTTE, NC 28290-5243 | | | | | | | 31,335 |

Sheet no. 2 of 59 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 194,217

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31805-302Y-08510*

B6F (Official Form 6F) (12/07) - Cont.

**Amended**

In re Cardinal Fastener & Specialty Co., Inc. _____,    Case No. 11-15719 _____
Debtor                                                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. American Express PO Box 297879 Ft. Lauderdale, FL 33329-7879 | | | | | | | Notice Only |
| ACCOUNT NO. AMERICAN METAL COATINGS 1088 IVANHOE ROAD CLEVELAND, OH 44110 | | | Consideration: Open Account | | | | 6,776 |
| ACCOUNT NO. ANCHOR DANLY PO BOX 2540 FARMINGTON HILLS, MI 48333-2540 | | | | | | | Notice Only |
| ACCOUNT NO. ANIXTER PENTACON ALLENTOWN 2301 PATRIOT BLVD GLENVIEW, IL 60026 | | | | | | | Notice Only |
| ACCOUNT NO. APB INDUCTION 21905 GATEWAY ROAD BROOKFIELD, WI 53045 | | | Consideration: Open Account | | | | 87 |

Sheet no. 3 of 59 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 6,863

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31805-302Y-08510*

B6F (Official Form 6F) (12/07) - Cont.

Amended

In re  Cardinal Fastener & Specialty Co., Inc. ,  Case No. 11-15719
Debtor  (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| APPLETON MARINE, INC. 3030 E. PERSHING ST. APPLETON, WI 54911 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Consideration: Open Account | | | | |
| APPLIED INDUSTRIAL TECH 22510 NETWORK PLACE CHICAGO, IL 60673-1225 | | | | | | | 547 |
| ACCOUNT NO. | | | Consideration: Services | | | | |
| ARAMARK UNIFORM SERVICES 3600 EAST 93RD STREET CLEVELAND, OH 44105 | | | | | | | 6,269 |
| ACCOUNT NO. | | | Consideration: Open Account | | | | |
| ART GALVANIZING WORKS 3935 VALLEY ROAD CLEVELAND, OH 44109 | | | | | | | 1,100 |
| ACCOUNT NO. | | | Consideration: Commissions | | | | |
| ASSEMBLY PRODUCTS AND SALES 3426 DALWORTH STREET ARLINGTON, TX 76011 | | | | | | | 5,647 |

Sheet no. 4 of 59 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 13,563

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31805-302Y-08510

B6F (Official Form 6F) (12/07) - Cont.

**Amended**

In re  Cardinal Fastener & Specialty Co., Inc.              ,     Case No.   11-15719
_____                              _____
             Debtor                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AT&T<br>PO BOX 8100<br>AURORA, IL 60507-8100 | | | Consideration: Services | | | | 519 |
| ACCOUNT NO.<br><br>AT&T LONG DISTANCE<br>P.O. BOX 5017<br>CAROL STREAM, IL 60197-5017 | | | Consideration: Services | | | | 145 |
| ACCOUNT NO.<br><br>B & B INDUCTOR & TRANSFORMER<br>2425 MEDINA ROAD<br>MEDINA, OH 44256 | | | Consideration: Open Account | | | | 2,300 |
| ACCOUNT NO.<br><br>B & G MANUFACTURING COMPANY<br>W 510794<br>P.O. BOX 7777<br>PHILADELPHIA, PA 19175-0794 | | | Consideration: goods Purchaesd | | | | 1,800 |
| ACCOUNT NO.<br><br>BAKER HOSTETLER, LLP<br>PO BOX 70189<br>CLEVELAND, OH 44190-0189 | | | Consideration: Services | | | | 14,528 |

Sheet no. _5_ of _59_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $    19,292

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy 2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31805-902V-08510*

*Amended*

In re  Cardinal Fastener & Specialty Co., Inc.              ,     Case No.  11-15719
_____
Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Consideration: Services | | | | |
| BANNER SERVICE CORPORATION P.O. BOX 88485 Attn: Credit Dept. CHICAGO, IL 60680 | | | | | | | 135,571 |
| ACCOUNT NO. | | | | | | | |
| BARNES DISTRIBUTION PO BOX 6908 ATTN: ACCOUNTS PAYABLE CLEVELAND, OH 44101-1908 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Consideration: Goods Purchaed | | | | |
| BARTAS PRECISION GRANITE CO 3357 ORMOND RD CLEVELAND, OH 44118 | | | | | | | 350 |
| ACCOUNT NO. | | | Consideration: Services | | | | |
| BAYLOR ASSOCIATES, INC. ATTN: MAUREEN SULLIVAN 7000 FITZWATER ROAD, SUITE 325 CLEVELAND, OH 44141-1358 | | | | | | | 3,500 |
| ACCOUNT NO. | | | Consideration: Goods Purchased | | | | |
| BEARING DISTRIBUTORS INC 23432 COMMERCE DRIVE BEACHWOOD, OHIO 44122 | | | | | | | 470 |

Sheet no.  6  of  59  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 139,891

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31805-302Y-08510

Amended

In re  Cardinal Fastener & Specialty Co., Inc.  ,  Case No.  11-15719
_____  _____
Debtor  (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Consideration: Goods Purchased | | | | |
| BEDFORD PRECISION PRODUCTS, INC. 333 Northfield Road Bedford, OH 44146 | | | | | | | 26,102 |
| ACCOUNT NO. | | | | | | | |
| Board of Cuyahoga County Comm. Attn: County Administrator 1219 Ontario Street, 4th Floor Cleveland, OH 44113 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Consideration: Open Account | | | | |
| BOMEN MARKING PRODUCTS 12905 YORK DELTA DRIVE NORTH ROYALTON, OH 44133 | | | | | | | 300 |
| ACCOUNT NO. | | | | | | | |
| BOSSARD IIP, CEDAR FALLS 6521 PRODUCTION DRIVE Cedar Falls, IA 50613 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| BRIERLY LOMBARD COMPANY Po Box 15051 Worcester, MA 01610 | | | | | | | Notice Only |

Sheet no. 7 of 59 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 26,402

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31805-302V-08510

B6F (Official Form 6F) (12/07) - Cont.

**Amended**

In re  Cardinal Fastener & Specialty Co., Inc. ,  Case No. 11-15719
                        Debtor                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| BRIGHTON BEST CLEVELAND 5855 OBISPO AVE LONG BEACH, CA 90805 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| BRIS INDUSTRIAL 1361 CATON FARM RD LOCKPORT, IL 60441 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Consideration: Services | | | | |
| BRITE METAL TREATING 2655 HARRISON AVE. SW CANTON, OH 44706 | | | | | | | 29,072 |
| ACCOUNT NO. | | | Consideration: Wages | | | | |
| BRUGMANN, WENDY 10495 INFIRMARY ROAD MANTUA, OH 44255 | | | | | | | 57,545 |
| ACCOUNT NO. | | | Consideration: Goods Purchased | | | | |
| BULA FORGE & MACHINE, INC. 3001 W 121ST STREET CLEVELAND, OH 44111 | | | | | | | 187 |

Sheet no. 8 of 59 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 86,804

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31805-302Y-08510

Amended

In re  Cardinal Fastener & Specialty Co., Inc.    ,     Case No.  11-15719
          Debtor                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CARDINAL PROPERTY MANAGEMENT, LLC<br>5185 RICHMOND ROAD<br>BEDFORD HEIGHTS, OH 44146 | | | Consideration: Lease of Property | | | | 42,142 |
| ACCOUNT NO.<br><br>CARDINAL PROPERTY MANAGEMENT, LLC<br>5185 RICHMOND ROAD<br>BEDFORD HEIGHTS, OH 44146 | | | Consideration: Note Payable | | | | 121,732 |
| ACCOUNT NO.<br><br>Cardinal Property Management, LLC<br>5185 Richmond Road<br>Bedford Heights, OH 44146 | | | Consideration: Note Payable | | | | 159,549 |
| ACCOUNT NO.<br><br>CASTLE METALS<br>13843 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | | | Consideration: Goods Purchased | | | | 7,745 |
| ACCOUNT NO.<br><br>CH ROBINSON WORLDWIDE INC.<br>PO BOX 9121<br>MINNEAPOLIS, MN 55480-9121 | | | Consideration: Services | | | | 1,226 |

Sheet no. 9 of 59 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 332,394

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-760 - 31805-302Y-08510

Amended

In re  Cardinal Fastener & Specialty Co., Inc.          ,     Case No.  11-15719
          Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CHICAGO STEEL AND IRON<br>300 E. Joe Orr Rd.<br>Chicago Heights, IL 60411 | | | Consideration: Goods Purchased | | | | 48,720 |
| ACCOUNT NO.<br><br>CHOICE FASTENER<br>25275 BUDDE RD<br>STE 13<br>SPRING, TX 77380 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>CINCINNATI FASTENERS CO<br>21 East 73rd St<br>Cincinnati, OH 45216 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Citrix Online<br>7414 Hollister Avenue<br>Goleta, CA 93117 | | | Consideration: Services | | | | Notice Only |
| ACCOUNT NO.<br><br>CIUNI & PANICHI, INC.<br>25201 CHAGRIN BLVD.<br>CLEVELAND, OH 44122-5683 | | | Consideration: Services | | | | 25,035 |

Sheet no.  10  of  59  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 73,755

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31805-302Y-08510

B6F (Official Form 6F) (12/07) - Cont.

Amended

In re   Cardinal Fastener & Specialty Co., Inc.           ,   Case No.   11-15719
_____              _____
            Debtor                                                  (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CKS TOOL / BRINEY TOOLING<br>700 E SOPER ROAD<br>BAD AXE, MI 48413 | | | Consideration: Goods Purchased | | | | 4,047 |
| ACCOUNT NO.<br><br>CLEVELAND SPECIALTY INSPECTION SERVICES INC<br>8562 EAST AVE.<br>MENTOR, OH 44060 | | | Consideration: Services | | | | 1,185 |
| ACCOUNT NO.<br><br>Cleveland Track Material, INC.<br>ATTN: ACCOUNTS PAYABLE<br>P.O. Box 603160<br>Cleveland, OH 44103-0160 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>CLICO PRODUCTS<br>PO BOX 688<br>HUDSON, OH 44236 | | | Consideration: Goods Purchased | | | | 28,273 |
| ACCOUNT NO.<br><br>COMPAIR OHIO<br>9841 YORK-THETA DRIVE<br>N ROYALTON, OHIO 44133 | | | Consideration: Goods Purchased | | | | 721 |

Sheet no. 11 of 59 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $   34,226

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31805-302Y-08510

B6F (Official Form 6F) (12/07) - Cont.



In re __Cardinal Fastener & Specialty Co., Inc.__ ,          Case No. __11-15719__
                                                                      (If known)
        Debtor

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. COMPUTER SOLUTION CONCEPTS 11315 SAYBROOK LANE CHAGRIN FALLS, OH 44023 | | | Consideration: Services | | | | 241 |
| ACCOUNT NO. CORDSTRAP USA, INC. P.O. BOX 081340 RACINE, WI 53408-1340 | | | Consideration: Goods Purchased | | | | 418 |
| ACCOUNT NO. CORPORATE IMAGE WORKS PO BOX 76192 CLEVELAND, OH 44101-4755 | | | Consideration: Goods Purchased | | | | 705 |
| ACCOUNT NO. COUNTY FIRE PROTECTION, INC. PO BOX 1651 STOW, OH 44224 | | | Consideration: Services | | | | 821 |
| ACCOUNT NO. Coverall 9680 Sweet Valley Drive Valley View, OH 44125 | | | Consideration: Services | | | | Notice Only |

Sheet no. _12_ of _59_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 2,185

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31805-302V-08510

Amended

In re  Cardinal Fastener & Specialty Co., Inc.          ,      Case No.   11-15719
        Debtor                                                            (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>COVERALL NORTH AMERICA, INC.<br>PO BOX 802825<br>CHICAGO, IL 60680-2825 | | | Consideration: Services | | | | 1,300 |
| ACCOUNT NO.<br><br>CRANE AMERICA SERVICES<br>88048 EXPEDITE WAY<br>CHICAGO, IL 60695-0001 | | | Consideration: Services | | | | 1,250 |
| ACCOUNT NO.<br><br>CROWN TOOL & SUPPLY<br>30815 SOLON RD<br>PO BOX 39337<br>SOLON, OH 44139 | | | Consideration: Supplies | | | | 310 |
| ACCOUNT NO.<br><br>Culligan of Cleveland<br>4722 Spring Road<br>Brooklyn Hts., OH 44131 | | | Consideration: Services | | | | Notice Only |
| ACCOUNT NO.<br><br>CULLIGAN OF NORTHEAST OHIO<br>PO BOX 2932<br>WICHITA, KS 67201-2932 | | | Consideration: Services | | | | 232 |

Sheet no. 13 of 59 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $  3,092

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31805-302Y-08510

Amended

In re  Cardinal Fastener & Specialty Co., Inc.                ,  Case No.  11-15719
              Debtor                                                                (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Consideration: Goods Purchased | | | | |
| CURWIN INDUSTRIES PO BOX DRAWER 19098 CLEVELAND, OH 44119 | | | | | | | 1,068 |
| ACCOUNT NO. | | | Consideration: Loan | | | | |
| Cuyahoga County Dept of Dev. Attention: Director 112 Hamilton Court Cleveland, OH 44114 | | | | | | | 18,004 |
| ACCOUNT NO. | | | | | | | |
| D & T ENTERPRISE 704 THRU ST Pounding Mill, VA 24637 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| D&S INDUSTRIAL FASTENER 4200 CASTEEL DRIVE CORAOPOLIS, PA 15108 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| D.C. SNYDER 6956 E. BROAD STREET COLUMBUS, OH 43213 | | | | | | | Notice Only |

Sheet no.  14  of  59   continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► | $ | 19,072
Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31805-302Y-08510*

B6F (Official Form 6F) (12/07) - Cont.

**AMENDED**

In re <u>Cardinal Fastener & Specialty Co., Inc.</u>,          Case No. <u>11-15719</u>
          Debtor                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. DEARBORN NATIONAL 36788 EAGLE WAY CHICAGO, IL 60678-1367 | | | Consideration: Goods Purchased | | | | 0 |
| ACCOUNT NO. DIRECT FASTENERS LTD - ILS Group PO BOX 248195 CLEVELAND, OH 44124 | | | | | | | Notice Only |
| ACCOUNT NO. DIVISION OF WATER CITY OF CLEVELAND PO BOX 94540 CLEVELAND, OH 44101 | | | Consideration: Services | | | | 1,139 |
| ACCOUNT NO. DOMINION EAST OHIO PO BOX 26225 RICHMOND, VA 23260-6225 | | | Consideration: Services | | | | 717 |
| ACCOUNT NO. DYNAMIC TECHNOLOGY, INC. 735 BETA DRIVE MAYFIELD VILLAGE, OH 44143 | | | Consideration: Services | | | | 295 |

Sheet no. <u>15</u> of <u>59</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  | $  2,151

Total ➤  | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31805-302Y-08510

B6F (Official Form 6F) (12/07) - Cont.

Amended

In re  Cardinal Fastener & Specialty Co., Inc. ,     Case No.  11-15719
Debtor                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Consideration: Services | | | | |
| E-XPEDIENT/ APK P.O. BOX 8500-9886 Philadelphia, PA 19178-9886 | | | | | | | 2,006 |
| ACCOUNT NO. | | | Consideration: Products | | | | |
| EARNEST MACHINE PRODUCTS 12502 PLAZA DRIVE PARMA, OH 44130 | | | | | | | 51,685 |
| ACCOUNT NO. | | | Consideration: Products | | | | |
| ELYRIA PLATING 118 OLIVE STREET ELYRIA, OH 44035 | | | | | | | 2,938 |
| ACCOUNT NO. | | | | | | | |
| EMS TECH INC 699 DUNDAS ST W BELLEVILLE, ON K8N 4Z2 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| ENERGY HARDWARE 2730 E. PHILLIPS RD GREER, SC 29650 | | | | | | | Notice Only |

Sheet no. 16 of 59 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $          56,629

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31805-3021Y-08510

B6F (Official Form 6F) (12/07) - Cont.

Amended

In re Cardinal Fastener & Specialty Co., Inc.
_____
Debtor

Case No. 11-15719
_____
(If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Consideration: Goods Purchased | | | | |
| ENVIRONMENTAL TECHNOLOGY CORPORATION 6748 WARNER ROAD MADISON, OH 44057 | | | | | | | 800 |
| ACCOUNT NO. | | | Consideration: Services | | | | |
| ePlan Services @510448 PO Box 7777 Philadelphia, PA 19175-0448 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Consideration: Services | | | | |
| ESS-EQUIPMENT SALES & SERVICE, LTD P.O. BOX 1421 MEDINA, OH 44258 | | | | | | | 588 |
| ACCOUNT NO. | | | Consideration: Software | | | | |
| Exact Software 1136 Paysphere Circle Chicago, IL 60674 | | | | | | | 0 |
| ACCOUNT NO. | | | Consideration: Services | | | | |
| EXPEDITORS PO Box 81338 CLEVELAND, OH 44181-0338 | | | | | | | 16,237 |

Sheet no. 17 of 59 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 17,625

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 -31805-903V-08510

B6F (Official Form 6F) (12/07) - Cont.

Amended

In re  Cardinal Fastener & Specialty Co., Inc.                    ,        Case No.  11-15719
            Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Consideration: Services | | | | |
| EXPEDITORS INTL / IND 2670 EXECUTIVE DRIVE, SUITE B INDIANAPOLIS, IN 46241 | | | | | | | 7,205 |
| ACCOUNT NO. | | | | | | | |
| FASTCO PO BOX 529 ACCOUNTS PAYABLE INVENTORY WINONA, MN 55987 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| FASTENAL APPLETON 1050 NORTH PERKINS ST. APPLETON, WI 54914 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| FASTENAL ARLINGTON, TX 511 NORTH WATSON ROAD ARLINGTON, TX 76011 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| FASTENAL BOISBRIAND, QC 4312 DE LA GRANDE-ALLE BLVD BOISBRIAND, QC J7H 1M9 | | | | | | | Notice Only |

Sheet no. 18 of 59 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 7,205

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31805-302V-08510

Amended

In re Cardinal Fastener & Specialty Co., Inc. , Case No. 11-15719
_____ _____
Debtor (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. FASTENAL BOZEMAN, MT 8235 Huffine Lane Bozeman, MT 59718 | | | | | | | Notice Only |
| ACCOUNT NO. FASTENAL CANONSBURG, PA #3 FOUR COINS DR CANONSBURG, PA 15317 | | | | | | | Notice Only |
| ACCOUNT NO. FASTENAL CLINTON 2016 Lincoln Way Clinton, IA 52732 | | | | | | | Notice Only |
| ACCOUNT NO. Fastenal Company Product Support Center 4730 Service Drive Einona, MN 55987 | | | Consideration: Services | | | | Notice Only |
| ACCOUNT NO. FASTENAL DUQUESNE, PA 28 South Linden Street Duquesne, PA 15110 | | | | | | | Notice Only |

Sheet no. _19_ of _59_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 0

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Amended*

In re  Cardinal Fastener & Specialty Co., Inc. _____,   Case No.  11-15719 _____
       Debtor                                                     (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FASTENAL FERNDALE, WA<br>6920 SALASHAN PARKWAY<br>#F-203<br>FERNDALE, WA 98248 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>FASTENAL FORT PAYNE, AL<br>ATTN: A/P<br>PO BOX 348<br>WINONA, MN 55987 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>FASTENAL FORT WORTH, TX<br>5065 MLK FREEWAY<br>FORT WORTH, TX 76119 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>FASTENAL HASTINGS, MN<br>671 East 31st St.<br>Suite B<br>Hastings, MN 55033 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>FASTENAL JEROME<br>374 AMERICAN AVE<br>JEROME, ID 83338 | | | | | | | Notice Only |

Sheet no. _20_ of _59_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▸ | $ | 0

Total ▸ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31805-302Y-08510

Amended

In re   Cardinal Fastener & Specialty Co., Inc.                    ,        Case No.   11-15719
                        Debtor                                                                  (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FASTENAL MANITOWOC – crwi<br>3915 DEWEY ST<br>MANITOWOC, WI 54220 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>FASTENAL MODESTO<br>1231 7TH STREET<br>MODESTO, CA 95354 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>FASTENAL MT. VERNON, IL<br>9364 EAST ILLINOIS RT 15<br>MT. VERNON, IL 62864 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>FASTENAL NEW HAVEN, CT<br>190 WALLACE STREET<br>NEW HAVEN, CT 06511 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>FASTENAL OKLAHOMA CITY, OK<br>7001 SOUTH SOONER RD<br>Oklahoma City, OK 73135 | | | | | | | Notice Only |

Sheet no.  21  of  59  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  | $ | 0

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Amended

In re  Cardinal Fastener & Specialty Co., Inc. ,          Case No.  11-15719
          Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. FASTENAL OSHKOSH, WI 2830 ATLAS AVENUE OSHKOSH, WI 54904 | | | | | | | Notice Only |
| ACCOUNT NO. FASTENAL OTTAWA, KS 514 North Main Ottawa, KS 66067 | | | | | | | Notice Only |
| ACCOUNT NO. FASTENAL PITTSON 2050 NORTH TOWNSHIP BLVD. PITTSON, PA 18640 | | | | | | | Notice Only |
| ACCOUNT NO. FASTENAL ROCHESTER, NY 50 SPENCERPORT RD. ROCHESTER, NY 14606 | | | | | | | Notice Only |
| ACCOUNT NO. FASTENAL SAN ANTONIO, TX 9901 BROADWAY STE 100 SAN ANTONIO, TX 78217 | | | | | | | Notice Only |

Sheet no. _22_ of _59_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $        0

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver 4.6.2-760 - 31805-3021-08510

Amended

In re  Cardinal Fastener & Specialty Co., Inc.  ,          Case No.  11-15719
              Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> FASTENAL SIOUX FALLS <br> 27074 Henry Place <br> Sioux Falls, SD 57108 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> FASTENAL SOUTHAVEN, MS <br> 1868 FIRST COMMERICAL DR <br> SOUTHAVEN, MS 38671 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> FASTENAL TAYLOR, MI <br> 13097 HURON STREET <br> TAYLOR, MI 48180 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> FASTENAL VICTOR, NY <br> 6280 RT. 96 <br> SUITE B <br> VICTOR, NY 14564 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> FASTENAL WINONA CORPORATE <br> 2001 THEURER BLVD <br> WINONA, MN 55987 | | | | | | | Notice Only |

Sheet no. __23__ of __59__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ►   $              0

Total ►   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. ver. 4.6.2-760 - 31805-302Y-08510

B6F (Official Form 6F) (12/07) - Cont.

**Amended**

In re  Cardinal Fastener & Specialty Co., Inc.                    Case No.  11-15719
_____                                    _____
            Debtor                                                            (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FASTENER SUPPLY COMPANY<br>30 PELHAM RIDGE DRIVE<br>GREENVILLE, SC 29615 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>FASTENERS INC JEFFERSON<br>Po Box 10037<br>Jefferson, LA 70181-0037 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>FedEx Express<br>P.O. Box 371461<br>Pittsburgh, PA 15250-7461 | | | Consideration: Services | | | | 41 |
| ACCOUNT NO.<br><br>FILING SCALE COMPANY<br>1500 ENTERPRISE PARKWAY<br>TWINSBURG, OH 44087 | | | Consideration: Products | | | | 414 |
| ACCOUNT NO.<br><br>First Communications, LLC<br>3340 West Market Street<br>Akron, OH 44333 | | | Consideration: Services | | | | Notice Only |

Sheet no. 24 of 59 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $      455

(Use only on last page of the completed Schedule F.)     Total ▶  $
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31805-302Y-08510

B6F (Official Form 6F) (12/07) - Cont.

*Amended*

In re  Cardinal Fastener & Specialty Co., Inc.                    ,     Case No.   11-15719
_____                              _____
Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> FIRST COMMUNICATIONS, LLC <br> PO BOX 182854 <br> COLUMBUS, OH 43218-2854 | | | Consideration: Services | | | | 720 |
| ACCOUNT NO. <br><br> Firstenergy Solutions Corp. <br> PO Box 3638 <br> Akron, OH 44309-3638 | | | Consideration: Services | | | | Notice Only |
| ACCOUNT NO. <br><br> FLEXIBLE BENEFIT ADMINISTRATORS, INC. <br> PO DRAWER 8188 <br> VIRGINIA BEACH, VA 23450 | | | Consideration: Benefits | | | | 211 |
| ACCOUNT NO. <br><br> FLOFAST, INC <br> 1353-C FLOWOOD DRIVE <br> FLOWOOD, MS 39232 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> FRONTIER FASTENERS <br> 4324 North Bailey Avenue <br> Buffalo, NY 14226 | | | | | | | Notice Only |

Sheet no. 25 of 59 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $  931

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31805-302V-08510

**B6F (Official Form 6F) (12/07) - Cont.**

Amended

In re  Cardinal Fastener & Specialty Co., Inc.          ,          Case No.  11-15719
          Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| FRONTIER FASTENERS INC. PO BOX 1179 CHANNELVIEW, TX 77530 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| GENERAL FASTENERS CHARLT 37584 AMRHEIN ROAD SUITE 150 LIVONIA, MI 48150 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| GENERAL FASTENERS CO 37584 AMRHEIN SUITE 150 ATTN: ACCOUNT PAYABLE Livonia, MI 48150-1180 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| GEXPRO 9500 NORTH ROYAL LANE SUITE 130 IRVING, TX 75063 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| GEXPRO SERVICES - DOWNEY - W 9500 NORTH RYAL LANE SUITE 130 IRVING, TX 75063 | | | | | | | Notice Only |

Sheet no. _26_ of _59_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                    0

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2011 ©1991-2011, New Hope Software, Inc. ver. 4.6.2-760 - 31805-302Y-08510*

B6F (Official Form 6F) (12/07) - Cont.

Amended

In re  Cardinal Fastener & Specialty Co., Inc.                    ,    Case No.  11-15719
_____                              _____
        Debtor                                                             (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.                                                                                          |   |   | Consideration: Goods Purchased |   |   |   |         |
| GINOS AWARDS 4701 RICHMOND ROAD WARRENSVILLE HEIGHTS, OH 44128                                       |   |   |   |   |   |   | 74      |
| ACCOUNT NO.                                                                                          |   |   | Consideration: Wages |   |   |   |         |
| GRABNER, JOHN W. 16515 HEATHERWOOD LN CHAGRIN FALLS, OH 44023                                        |   |   |   |   |   |   | 95,150  |
| ACCOUNT NO.                                                                                          |   |   | Consideration: Loan |   |   |   |         |
| GRABNER, JOHN W. 16515 HEATHERWOOD LN CHAGRIN FALLS, OH 44023                                        |   |   |   |   |   |   | 60,000  |
| ACCOUNT NO.                                                                                          |   |   |   |   |   |   |         |
| Guardian PO Box 95101 Chicago, IL 60634-5101                                                         |   |   |   |   |   |   | Notice Only |
| ACCOUNT NO.                                                                                          |   |   | Consideration: Goods Purchased |   |   |   |         |
| GULL INDUSTRIES 3233 GANO STREET HOUSTON, TX 77009-6398                                              |   |   |   |   |   |   | 955     |

Sheet no. _27_ of _59_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 156,179

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31805-302Y-08510

Amended

In re  Cardinal Fastener & Specialty Co., Inc.  ,        Case No.  11-15719
               Debtor                                                 (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> HAGEN'S FASTENERS <br> 800 McCann Rd <br> Longview, TX 75601 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> HANES SUPPLY - W <br> 55 JAMES E. CASEY DRIVE <br> BUFFALO, NY 14206 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> HANK SCHAFFNER & ASSOCIATES <br> 16862 HARKNESS CIRCLE <br> HUNTINGTON BEACH, CA 92649 | | | Consideration: Commissions | | | | 1,197 |
| ACCOUNT NO. <br><br> HARDINGE <br> PO BOX 1212 <br> ELMIRA, NY 14902-1212 | | | Consideration: Products | | | | 290 |
| ACCOUNT NO. <br><br> HEISLER TOOL COMPANY, INC. <br> 38228 WESTERN PARKWAY <br> WILLOUGHBY, OH 44094 | | | Consideration: Products | | | | 155 |

Sheet no. 28 of 59 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 1,642

Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Amended

In re  Cardinal Fastener & Specialty Co., Inc. ,     Case No. 11-15719
           Debtor                                               (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Hess Corporation<br>One Hess Plaza<br>Woodbridge, NJ 07095 | | | Consideration: Services | | | | Notice Only |
| ACCOUNT NO. 3775<br><br>Home Federal Savings & Loan Co.<br>275 Federal Plaza West<br>Youngstown, OH 44503 | | | Consideration: Guaranty of Cardinal Property Mgmt. Loan | | | | 0 |
| ACCOUNT NO.<br><br>Home Savings & Loan<br>3690 Orange Place<br>Suite 210<br>Beachwood, OH 44122 | | | Consideration: Credit card debt | | | | Notice Only |
| ACCOUNT NO.<br><br>Homeworks<br>c/o John Reed<br>7700 Northfield Road<br>Walton Hills, OH 44146 | | | Consideration: Loan | | | | Notice Only |
| ACCOUNT NO.<br><br>HUNTSVILLE FASTENER<br>Po Box 5097<br>Huntsville, AL 35814 | | | | | | | Notice Only |

Sheet no. 29 of 59 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $          0

Total▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

Amended

In re  Cardinal Fastener & Specialty Co., Inc. ,    Case No.  11-15719
Debtor                                                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Consideration: Services | | | | |
| ILLUMINATING COMPANY PO BOX 3638 AKRON, OH 44309-3638 | | | | | | | 30,968 |
| ACCOUNT NO. | | | Consideration: Services | | | | |
| IMPERIAL HEATING & COOLING, INC. 30685 SOLON INDUSTRIAL PKWY SOLON, OH 44139 | | | | | | | 4,570 |
| ACCOUNT NO. | | | Consideration: Products | | | | |
| IMPROVED TECHNOLOGY 13948 PROGRESS PARKWAY NORTH ROYALTON, OH 44133 | | | | | | | 1,550 |
| ACCOUNT NO. | | | | | | | |
| INDUFAST IND FASTENERS 111-B, 81 Golden Dr Coquitlam, BC V3K 6R2 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Consideration: Dues | | | | |
| INDUSTRIAL FASTENERS INSTITUTE 6363 Oak Tree Blvd. Independence, OH 44131 | | | | | | | 1,125 |

Sheet no. _30_ of _59_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▸  $        38,213

Total ▸  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. ver. 4.6.2-760 - 31805-302Y-08510

Amended

In re  Cardinal Fastener & Specialty Co., Inc.        ,        Case No.   11-15719
_____                        _____
          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Consideration: Products | | | | |
| INDUSTRIAL METAL FINISHING 4200 PERRY STREET HOUSTON, TX 77021 | | | | | | | 3,843 |
| ACCOUNT NO. | | | Consideration: Services | | | | |
| Intercept 1700 42nd Street SW Suite 200 Fargo, ND 58103 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| J & L FASTENERS 6944 Parrish Avenue Hammond, IN 46323 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Consideration: Products | | | | |
| JADE-STERLING STEEL CO. INC. 2300 EAST AURORA ROAD TWINSBURG, OH 44087 | | | | | | | 17,380 |
| ACCOUNT NO. | | | Consideration: Services | | | | |
| JAK Snowplowing 3218 St. Rt. 82 Lot 19 Mantua, OH 44255 | | | | | | | Notice Only |

Sheet no. _31_ of _59_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 21,223

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

*Amended*

In re  Cardinal Fastener & Specialty Co., Inc.          ,          Case No.  11-15719
_____                              _____
Debtor                                                            (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.                                             JERGENS INDUSTRIAL SUPPLY PO BOX 931344 CLEVELAND, OH 44193 | | | Consideration: Supplies | | | | 30,409 |
| ACCOUNT NO.                                             JIM DIEZIC BEDFORD PRECISION 333 MORTHFIELD ROAD BEDFORD, OH 44146 | | | Consideration: Products | | | | 70 |
| ACCOUNT NO.                                             Jim Meathe 416 E. Paces Ferry Road Atlanta, GA 30305 | | | Consideration: Loan | | | | 261,631 |
| ACCOUNT NO.                                             John Boykin 8015 West Kenton Circle, Suite 220 Huntersville, NC 28078 | | | Consideration: Loan | | | | 105,180 |
| ACCOUNT NO.                                             JOHN GOURLEY ASSOCIATES 16 LOWER ROAD LAKEVILLE, PA 18438 | | | Consideration: Commissions | | | | 2,911 |

Sheet no. _32_ of _59_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  400,201

Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31805-302Y-08510*

B6F (Official Form 6F) (12/07) - Cont.

Amended

In re  Cardinal Fastener & Specialty Co., Inc.          ,          Case No.  11-15719
                    **Debtor**                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Consideration: Payment to Eastar | | | | |
| JOHN GRABNER 16515 Heatherwood Lane Chagrin Falls, OH 44023 | | | | | | | 26,701 |
| ACCOUNT NO. | | | | | | | |
| John Grabner Trust fbo J.W. Grabner 16515 Heatherwood Lane Chagrin Falls, OH 44022 | | | | | | | 0 |
| ACCOUNT NO. | | | | | | | |
| John Grabner Trust fbo Scott Grabner 16515 Heatherwood Lane Chagrin Falls, OH 44022 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| John Grabner Trust fbo Jeff Grabner 16515 Heatherwood Lane Chagrin Falls, OH 44022 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Consideration: Loan | | | | |
| John Reed 7700 Northfield Road Walton Hills, OH 44146 | | | | | | | 157,048 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31805-362Y-08510

Sheet no. __33__ of __59__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $     183,749

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

Amended

In re  Cardinal Fastener & Specialty Co., Inc.          ,          Case No.  11-15719
                    Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> JOHN W GRABNER <br> 16515 Heatherwood Lane <br> Chagrin Falls, OH 44023 | | | Consideration: Credit Card Purchases made for Company | | | | 85,177 |
| ACCOUNT NO. <br><br> KELLY E. DRUSHEL <br> 7000 FITZWATER ROAD <br> SUITE 350 <br> CLEVELAND, OH 44141-1358 | | | Consideration: Open Account | | | | 500 |
| ACCOUNT NO. <br><br> KELLY PLATING COMPANY <br> 10316 MADISON AVENUE <br> CLEVELAND, OH 44102 | | | Consideration: Products | | | | 1,564 |
| ACCOUNT NO. <br><br> KERRY IND & CONST SUP <br> 5250 Finch Ave East <br> Unit 8 & 9 <br> Scarborough, ON M1S5A4 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> KREHER STEEL COMPANY, LLC <br> 3218 PAYSPHERE CIRCLE <br> CHICAGO, IL 60674 | | | Consideration: Products | | | | 240,470 |

Sheet no. 34 of 59 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 327,711

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31805-302Y-08510

B6F (Official Form 6F) (12/07) - Cont.



In re  Cardinal Fastener & Specialty Co., Inc.                Case No.   11-15719
_____                          _____
              Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. KRW, INC. PO BOX 2408 Slidell, LA 70459 | | | | | | | Notice Only |
| ACCOUNT NO. LAKE BUSINESS PRODUCTS LEASING INC. 37200 Research Drive Eastlake, OH 44095 | | | Consideration: Products | | | | 1,625 |
| ACCOUNT NO. Lancaster Safety Consulting, Inc. 910 Sheraton Drive Suite 425 Mars, PA 16046 | | | Consideration: Services | | | | Notice Only |
| ACCOUNT NO. LASER RECHARGE & SUPPLIES 4301 REGAL AVENUE BRUNSWICK, OH 44212 | | | Consideration: Supplies | | | | 1,010 |
| ACCOUNT NO. LOGOS PO Box 76026 Cleveland, OH 44101-4755 | | | Consideration: Products | | | | 396 |

Sheet no. _35_ of _59_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 3,031

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. ver. 4.6.2-760 - 31805-302Y-08510

B6F (Official Form 6F) (12/07) - Cont.

Amended

In re  Cardinal Fastener & Specialty Co., Inc.      ,        Case No.   11-15719
            Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. MAC Calibrations, LLC 13500 Pearl Road Strongsville, OH 44136 | | | Consideration: Services | | | | 737 |
| ACCOUNT NO. MASTER BOLT 816 TAYLOR STREET ELYRIA, OH 44035 | | | Consideration: Products | | | | 192 |
| ACCOUNT NO. MATT GAVLAK 14333 BIRCHWOOD AVENUE CLEVELAND, OH 44111 | | | | | | | 16,342 |
| ACCOUNT NO. MCMASTER-CARR PO BOX 7690 CHICAGO, IL 60680-7690 | | | Consideration: Services | | | | 4,081 |
| ACCOUNT NO. MCMASTER-CARR SUPPLY CO. P. O. Box 5516 Chicago, IL 60680 | | | | | | | Notice Only |

Sheet no. 36 of 59 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ 21,352

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2011 ©1991-2011, New Hope Software, Inc. - ver. 4.6.2-760 - 31805-302Y-08510*

B6F (Official Form 6F) (12/07) - Cont.

*Amended*

In re <u>Cardinal Fastener & Specialty Co., Inc.</u>,          Case No. <u>11-15719</u>
                    Debtor                                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Consideration: Products | | | | |
| MECHANICAL GALV-PLATING CORP PO BOX 56 SIDNEY, OH 45365 | | | | | | | 622 |
| ACCOUNT NO. | | | Consideration: Products | | | | |
| MEGA METRIC DIV OF LINDSTROM METRIC LLC 2950 100th COURT N.E. BLAINE, MN 55449 | | | | | | | 6,195 |
| ACCOUNT NO. | | | Consideration: Products | | | | |
| METAL IMPROVEMENT COMPANY BOX 223367 PITTSBURGH, PA 15251-2367 | | | | | | | 173,884 |
| ACCOUNT NO. | | | Consideration: Products | | | | |
| METAL STORE INC 5454 DUNHAM ROAD MAPLE HEIGHTS, OH 44137 | | | | | | | 103 |
| ACCOUNT NO. | | | Consideration: Services | | | | |
| METLAB PO BOX 1075 NIAGARA FALLS, NY 14302-1075 | | | | | | | 408 |

Sheet no. <u>37</u> of <u>59</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $    181,212

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31805-302V-08510

Amended

In re   Cardinal Fastener & Specialty Co., Inc.                    ,          Case No.    11-15719
                          Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>METSO MINERALS (USA) INC.<br>PO BOX 1302<br>STN ST-LAURENT<br>MONTREAL, QU H4L4W6 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>MH EQUIPMENT<br>2235 RELIABLE PARKWAY<br>CHICAGO, IL 60686 | | | Consideration: Equipment | | | | Notice Only |
| ACCOUNT NO.<br><br>MID VALLEY DISTRIBUTORS<br>3886 East Jensen Avenue<br>Fresno, CA 93725 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>MID-STATE BOLT & NUT COMP<br>1575 Alum Creek Drive<br>Columbus, OH 43209 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>MIDDLEFIELD PALLET<br>15940 BURTON WINDSOR ROAD<br>MIDDLEFIELD, OH 44062 | | | Consideration: Products | | X | | 0 |

Sheet no. 38 of 59 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 0

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31805-3021-08510

B6F (Official Form 6F) (12/07) - Cont.

Amended

In re  Cardinal Fastener & Specialty Co., Inc.        ,        Case No.   11-15719
_____                              _____
            Debtor                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> MONODE MARKING PRODUCTS, INC. <br> 9200 TYLER BLVD. <br> MENTOR, OH 44060 | | | Consideration: Products | | | | 157 |
| ACCOUNT NO. <br><br> MSC INDUSTRIAL SUPPLY CO. INC. <br> PO Box 382070 <br> Pittsburgh, PA 15250-8070 | | | Consideration: Supplies | | | | 1,675 |
| ACCOUNT NO. <br><br> MT HEAT TREATING <br> 8665 STATION STREET <br> MENTOR, OH 44060 | | | Consideration: Services <br> Invoices for trucking and services:  $6,125 and <br> $59,589.92 | | | | 66,017 |
| ACCOUNT NO. <br><br> MTS/JGS INDUSERVE SUPPLY CO <br> 5461 HWY 49 N <br> BROOKLAND, AR 72417 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> NELSON LANDSCAPING <br> 111 BELL STREET <br> CHAGRIN FALLS, OH 44022 | | | Consideration: Services | | | | 204 |

Sheet no. __39__ of __59__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 68,053
Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31805-302Y-08510

Amended

In re  Cardinal Fastener & Specialty Co., Inc.                    ,          Case No.   11-15719
            Debtor                                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Consideration: Services | | | | |
| NORDIC WINDPOWER 1222 Freeman Lane Apt 152 Pocatello, ID 83201 | | | | | | | 5,896 |
| ACCOUNT NO. | | | Consideration: Services | | | | |
| NORTH AMERICAN WINDPOWER PO BOX 2180 WATERBURY, CT 06722-2180 | | | | | | | 1,929 |
| ACCOUNT NO. | | | Consideration: Products | | | | |
| NORTH COAST FASTENERS ASSOC. 7737 ELLINGTON PLACE MENTOR, OH 44060 | | | | | | | 250 |
| ACCOUNT NO. | | | | | | | |
| NOVA MACHINE PRODUCTS 18001 Sheldon Rd Middleburg Hts, OH 44130 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Consideration: Services | | | | |
| O & I TRANSPORT INC. P.O. BOX 807 DEARBORN, MI 48121-0807 | | | | | | | 301 |

Sheet no.  40  of  59   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $  8,376

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2011 ©1991-2011, New Hope Software, Inc. ver. 4.6.2-760 - 31805-302Y-08510*

B6F (Official Form 6F) (12/07) - Cont.

**Amended**

In re  Cardinal Fastener & Specialty Co., Inc.          ,          Case No.  11-15719
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. OH DEPT COMMERCE-IND COMP 6606 TUSSING ROAD, PO BOX 4009 REYNOLDSBURG, OH 43068-9009 | | | Consideration: Services | | | | 106 |
| ACCOUNT NO. OMNI FASTENERS INC 909 TOWPATH RD BROADVIEW HTS, OH 44147 | | | | | | | Notice Only |
| ACCOUNT NO. ONE-WAY EXPRESS 380 SOLON ROAD UNIT 5 BEDFORD, OH 44146 | | | Consideration: Services | | | | 175 |
| ACCOUNT NO. ORKIN EXTERMINATING COMPANY, INC. Orkin Extermination 6940 W. Snowville Rd. CLEVELAND, OH 44141 | | | Consideration: Services | | | | 288 |
| ACCOUNT NO. PETROLIANCE, LLC P.O. BOX 636824 CINCINNATI, OH 45263-6824 | | | Consideration: Products | | | | 2,214 |

Sheet no. 41 of 59 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $  2,783

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31805-302Y-08510

Amended

In re <u>Cardinal Fastener & Specialty Co., Inc.</u>,     Case No. <u>11-15719</u>
      Debtor                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> PILLAR INDUCTION <br> 21905 GATEWAY ROAD <br> BROOKFIELD, WI 53045 | | | Consideration: Products | | | | 87 |
| ACCOUNT NO. <br><br> Pitney Bowes <br> PO Box 856390 <br> Louisville, KY 40285-6390 | | | Consideration: Services | | | | 0 |
| ACCOUNT NO. <br><br> Plesure America Life Insurance Co. <br> PO Box 190999 <br> Newark, NJ 07195 | | | Consideration: Insurance | | | | Notice Only |
| ACCOUNT NO. <br><br> PORTEOUS FASTENER COMPANY <br> 1040 WATSON CENTER RD <br> Carson, CA 90745 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> POWER SOURCE ENERGY COMPONENTS, INC. <br> PO BOX 12157 <br> GREENVILLE, SC 29612 | | | | | | | Notice Only |

Sheet no. <u>42</u> of <u>59</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ $         87

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2011 ©1991-2011, New Hope Software, Inc. ver 4.6.2-760 - 31805-302V-08510*

B6F (Official Form 6F) (12/07) - Cont.

**Amended**

In re  Cardinal Fastener & Specialty Co., Inc.                          ,        Case No.   11-15719
_____                                    _____
                          Debtor                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PRICE POINT PARTNERS<br>56 MILFORD DR<br>SUITE 100<br>HUDSON, OH 44236 | | | Consideration: Products | | | | 23,507 |
| ACCOUNT NO.<br><br>PRO METALS, LLC.<br>631 PLUM STREET<br>AURORA, IL 60506 | | | Consideration: Products | | | | 114,240 |
| ACCOUNT NO.<br><br>PROCESS PRODUCTS LTD<br>920 CALEDONIA RD<br>UNIT 3<br>TORONTO, ON M6B 3Y1 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>QUALITY BOLT & SCREW<br>5290 GATEWAY DRIVE<br>GEISMAR, LA 70734 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>R E GLOVER LTD<br>P.O. Box 3458<br>Station C<br>Hamilton, ON L8H7M1 | | | | | | | Notice Only |

Sheet no. 43 of 59 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 137,747

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31805-302Y-06510

B6F (Official Form 6F) (12/07) - Cont.

**Amended**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. R&L CARRIERS INC PO BOX 713153 COLUMBUS, OH 43271-3153 | | | Consideration: Services | | | | 7,061 |
| ACCOUNT NO. Rebuilders Unlimited 11625 Anthony Highway Waynesboro, PA 17268 | | | Consideration: Services | | | | 0 |
| ACCOUNT NO. RECOVERY RESOURCES 3950 CHESTER AVE CLEVELAND, OH 44114 | | | Consideration: Services | | | | 750 |
| ACCOUNT NO. REG ELLEN MACHINE TOOL CORP. 2135 KISHWAUKEE STREET ROCKFORD, IL 61104 | | | Consideration: Products | | | | 2,614 |
| ACCOUNT NO. Robert W. Boykin 8015 West Kenton Circle, Suite 220 Huntersville, NC 28078 | | | Consideration: Loan | | | | 261,423 |

Sheet no.  44  of  59   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 271,848

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

*Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31805-302Y-08510*

Amended

In re  Cardinal Fastener & Specialty Co., Inc.     ,     Case No.  11-15719
_____
Debtor                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Consideration: Products | | | | |
| ROCK RIVER TOOL AND DIE, INC. 205 EAST 3RD ST. P.O. BOX 706 ROCK FALLS, IL 61071 | | | | | | | 3,549 |
| ACCOUNT NO. | | | | | | | |
| RUMETCO 610 WEST BEAR ST SYRACUSE, NY 13204 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Consideration: Open Account | | | | |
| RYERSON TULL P.O. Box 29953 New York, NY 10087-9953 | | | | | | | 3,062 |
| ACCOUNT NO. | | | Consideration: Goods Purchaesd | | | | |
| SADLER CORPORATION 4600 HUDSON DR STOW, OH 44224 | | | | | | | 107 |
| ACCOUNT NO. | | | Consideration: Services | | | | |
| SAFETY SOLUTIONS P.O. BOX 8100 DUBLIN, OH 43016-2100 | | | | | | | 273 |

Sheet no. 45 of 59 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 6,991

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31805-302Y-08510

B6F (Official Form 6F) (12/07) - Cont.

Amended

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  SAIA MOTOR FREIGHT LINE, INC. PO Box 730532 Dallas, TX 75373-0532 | | | Consideration: Services | | | | 465 |
| ACCOUNT NO.  SAMS CLUB 23300 BROADWAY AVENUE CLEVELAND, OH 44146-6016 | | | Consideration: Goods Purchased | | | | 304 |
| ACCOUNT NO.  SATELITTE GEAR CO. 5135 RICHMOND ROAD BEDFORD HEIGHTS, OH 44146 | | | Consideration: Products | | | | 2,790 |
| ACCOUNT NO.  SAW SYSTEMS INC 1579 ENTERPRISE DRIVE TWINSBURG, OH 44087 | | | Consideration: Products | | | | 2,917 |
| ACCOUNT NO.  SBS INDUSTRIES (SOONER BOLT & SUPPLY) SOONER BOLT & SUPPLY 1843 NORTH 106TH EAST AVE Tulsa, OK 74116 | | | | | | | Notice Only |

Sheet no.  46  of  59  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $  6,476

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31805-302Y-08510

B6F (Official Form 6F) (12/07) - Cont.

Amended

In re Cardinal Fastener & Specialty Co., Inc. ,        Case No. 11-15719
           Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

IbmIvmpctv2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31805-302Y-08510

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> SCHMIDT MARKING SYSTEMS <br> PO BOX 480390 <br> NILES, IL 60714-0390 | | | Consideration: Products | | | | 180 |
| ACCOUNT NO. <br><br> SCOTT GRABNER <br> 16515 HEATHERWOOD LANE <br> CHAGRIN FALLS, OH 44023 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> SHEAKLEY UNISERVICE, INC <br> PO BOX 42370 <br> CINCINNATI, OH 45242 | | | Consideration: Services | | | | 1,000 |
| ACCOUNT NO. <br><br> SIMPLEX GRINNELL <br> DEPT. CH 10320 <br> PALATINE, IL 60055-0320 | | | Consideration: Products | | | | 437 |
| ACCOUNT NO. <br><br> SKINNER MACHINING CO. <br> 23574 ST. CLAIR AVENUE <br> EUCLID, OH 44117 | | | Consideration: products | | | | 1,150 |

Sheet no. 47 of 59 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 2,767

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

Amended

In re  Cardinal Fastener & Specialty Co., Inc. ,  Case No.  11-15719
            Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

iBankruptcy 2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31805-302Y-08510

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| SLIDEMATIC PRECISION COMPONENTS 1303 SAMUELSON ROAD ROCKFORD, IL 61109 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Consideration: Supplies | | | | |
| SLOME BELTING & SUPPLY 27100 RICHMOND ROAD SUITE 1 CLEVELAND, OH 44139 | | | | | | | 37 |
| ACCOUNT NO. | | | | | | | |
| SNIDER BOLT & SCREW 11503 CHAMPIONS WAY Louisville, KY 40299 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| SOUTHERN FASTENER HOUMA 112 Menard Road Houma, LA 70363 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Consideration: Products | | | | |
| Space Potential 1201 E. 7th Street, Suite D-101 Los Angeles, CA 90023 | | | | | | X | 0 |

Sheet no. 48 of 59 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  37

(Use only on last page of the completed Schedule F.)

Total ➤  $

(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Amended

In re  Cardinal Fastener & Specialty Co., Inc. ,          Case No.  11-15719
         Debtor                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| SPANGLE FASTENERS INC 5429 PLANEVIEW DR FORT WAYNE, IN 46825 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Consideration: Products | | | | |
| SPRINGCO METAL FINISHING, INC. 12500 ELMWOOD AVE CLEVELAND, OH 44111 | | | | | | | 1,448 |
| ACCOUNT NO. | | | Consideration: Services | | | | |
| SPS Commerce 333 South Seventh Street Suite 1000 Minneapolis, MN 55402 | | | | | | | 0 |
| ACCOUNT NO. | | | Consideration: Services | | | | |
| ST. VINCENT CHARIT OCC MED PO BOX 932006 CLEVELAND, OH 44193 | | | | | | | 130 |
| ACCOUNT NO. | | | | | | | |
| STANDARD HARDWARE 1500 ROYAL PARKWAY Euless, TX 76040 | | | | | | | Notice Only |

Sheet no. 49 of 59 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 1,578

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

iBankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31805-302Y-08510

**Amended**

In re  Cardinal Fastener & Specialty Co., Inc.          ,          Case No.   11-15719
_____                          _____
            Debtor                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Standard Industries Attn:  Ruby Andrews 448 Main Street Reistertown, MD 21136 | | | | | | | 598 |
| ACCOUNT NO. | | | Consideration: Goods Purchased | | | | |
| STAPLES BUSINESS ADVANTAGE DEPT. DET 2368 PO BOX 83689 CHICAGO, IL 60696-3689 | | | | | | | 1,006 |
| ACCOUNT NO. | | | Consideration: Products | | | | |
| STELFAST FASTENERS INC P.O. BOX 901051 CLEVELAND, OH 44190-1051 | | | | | | | 336 |
| ACCOUNT NO. | | | Consideration: Products | | | | |
| STONEBROOK MACHINE CO 1572 E. 365TH STREET EASTLAKE, OH 44095 | | | | | | | 1,484 |
| ACCOUNT NO. | | | | | | | |
| Stoneworks 5194 Richmond Road Bedford, OH 44146 | | | | | | | Notice Only |

Sheet no. __50__ of __59__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 3,424

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31805-302Y-08510

B6F (Official Form 6F) (12/07) - Cont.

*Amended*

In re  Cardinal Fastener & Specialty Co., Inc.           ,          Case No.   11-15719
_____                              _____
            **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> STORK HERRON TESTING & METALLURGICAL INC <br> PO BOX 841774 <br> DALLAS, TX 75284-1774 | | | Consideration: Services | | | | Notice Only |
| ACCOUNT NO. <br><br> STORK-HERRON TESTING LABORATORIES <br> 15361 COLLECTION CENTER DRIVE <br> CHICAGO, IL 60693 | | | Consideration: Services | | | | 9,721 |
| ACCOUNT NO. <br><br> SUZLON WIND ENERGY CORPORATION <br> CENTRAL DISTRIBUTION CENTER <br> 2583 TECHNOLOGY DRIVE <br> ELGIN, IL 60124 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> SYSTEM 22 <br> PO BOX 646 <br> GILBERTSVILLE, PA 19525 | | | | | | | Notice Only |
| ACCOUNT NO. <br><br> TELSMITH INC. <br> PO BOX 539 <br> MEQUON, WI 53092-4331 | | | | | | | Notice Only |

Sheet no. 51 of 59 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 9,721

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**Amended**

In re  Cardinal Fastener & Specialty Co., Inc.         ,          Case No.  11-15719
                        Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> TENNESSEE GALVANIZING <br> PO BOX 4539 <br> CHATTANOOGA, TN 37405 | | | Consideration: Products | | | | 957 |
| ACCOUNT NO. <br> TENSILE TESTING <br> DIV OF J T ADAMS <br> 4520 WILLOW PARKWAY <br> CLEVELAND, OH 44125 | | | Consideration: Services | | | | 18,195 |
| ACCOUNT NO. <br> TESKER MANUFACTURING <br> PO BOX 80109 <br> SAUKVILLE, WI 53080 | | | Consideration: Products | | | | 18,020 |
| ACCOUNT NO. <br> THE HANDEL COMPANY <br> 23980 MERCANTILE ROAD <br> SECOND FLOOR <br> BEACHWOOD, OH 44122 | | | Consideration: Products | | | | 904 |
| ACCOUNT NO. <br> THE M. CONLEY COMPANY <br> 1312 FOURTH STREET SE <br> CANTON, OH 44707 | | | Consideration: Products | | | | 3,257 |

Sheet no. 52 of 59 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $   41,333

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31805-302Y-08510

Amended

In re  Cardinal Fastener & Specialty Co., Inc. ,          Case No.  11-15719
                    Debtor                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| THE NUT HOUSE 2000 Ligonier St Latrobe, PA 15650 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| THRUWAY FAST-N TONAW PO Box 870 2910 Niagara Falls Blvd North Tonawanda, NY 14120-0870 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Consideration: Products | | | | |
| THUNDER TECH INC. 3635 PERKINS AVE, STUDIO 5 CLEVELAND, OH 44114 | | | | | | | 30 |
| ACCOUNT NO. | | | Consideration: Goods Purchased | | | | |
| TODAYS BUSINESS PRODUCTS INC. 12985 SNOW ROAD CLEVELAND, OH 44130-1097 | | | | | | | 740 |
| ACCOUNT NO. | | | | | | | |
| TOWER TECH SYSTEMS, INC. PO BOX 1957 MANITOWOC, WI 54221-1957 | | | | | | | Notice Only |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31805-302Y-08510

Sheet no.  53  of  59  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $            770

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)



In re  Cardinal Fastener & Specialty Co., Inc.                ,        Case No.   11-15719
                    **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Towlift<br>PO Box 32439-N<br>Cleveland, OH 44190-0614 | | | Consideration: Services | | | | Notice Only |
| ACCOUNT NO.<br><br>TOWLIFT<br>PO BOX 92439-N<br>CLEVELAND, OH 44193-0614 | | | Consideration: Services | | | | 359 |
| ACCOUNT NO.<br><br>TURRET STEEL CORP<br>C/O LARRY WEIR<br>105 PINE STREET<br>IMPERIAL, PA 15126-1142 | | | Consideration: Products | | | | 116,695 |
| ACCOUNT NO.<br><br>ULINE<br>2200 S. LAKESIDE DRIVE<br>ATTN: ACCOUNTS RECEIVABLE<br>WAUKEGAN, IL 60085 | | | Consideration: Products | | | | 2,170 |
| ACCOUNT NO.<br><br>United Parcel Service<br>4300 E. 68th Street<br>Cleveland, Ohio 44105-5725 | | | Consideration: Services | | | | Notice Only |

Sheet no.  54  of  59   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 119,224

Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Amended

In re __Cardinal Fastener & Specialty Co., Inc.__ ,   Case No. __11-15719__
       **Debtor**                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Consideration: Services | | | | |
| UNITED PARCEL SERVICE LOCKBOX 577 CAROL STREAM, IL 60132-0577 | | | | | | | 274 |
| ACCOUNT NO. | | | | | | | |
| UNITED STATES MARINE CORPS BLDG 328 EAST SPEARS ST ZUMA, AZ 85369 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| UNITED TESTING SYSTEMS 5171 EXCHANGE DRIVE FLINT, MI 48507 | | | | | | | 455 |
| ACCOUNT NO. | | | Consideration: Open Account | | | | |
| UNITED WAY SERVICES ATTN: CASHIERS OFFICE 1331 EUCLID AVENUE CLEVELAND, OH 44115 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| UNIVERSAL FASTENER CO Po Box 668013 Charlotte, NC 28266 | | | | | | | Notice Only |

Sheet no. __55__ of __59__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 729

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. ver. 4.6.2-760 - 31805-302Y-08510

B6F (Official Form 6F) (12/07) - Cont.

Amended

In re  Cardinal Fastener & Specialty Co., Inc.                    ,         Case No.  11-15719
_____          _____
           **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>UNYTITE<br>DEPT. CH 17610<br>PALATINE, IL 60055-7610 | | | Consideration: Products | | | | 3,298 |
| ACCOUNT NO.<br><br>UPS FREIGHT<br>28013 NETWORK PLACE<br>CHICAGO, IL 60673-1280 | | | Consideration: Services | | | | 16,796 |
| ACCOUNT NO.<br><br>US SAFETY GEAR<br>PO BOX 309<br>LEAVITTSBURG, OH 44430-0309 | | | Consideration: Goods Purchaesd | | | | 119 |
| ACCOUNT NO.<br><br>VANN & CO<br>1155 E. WOLF VALLEY DR.<br>HEISKELL, TN 37754 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>VESTAS NACELLES A/S<br>C/O VESTAS NACELLES<br>AMERICAN INC<br>1500 EAST CROWN PRINCE BLVD<br>BRIGHTON, CO 80603 | | | | | | | Notice Only |

Sheet no. __56__ of __59__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  | $ | 20,213

Total ▶  | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31805-302Y-08510

**B6F (Official Form 6F) (12/07) - Cont.**

Amended

In re  Cardinal Fastener & Specialty Co., Inc.                    ,     Case No.  11-15719
        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Consideration: Sales | | | | |
| W LEWIS SALES CO 6661 COCHRAN ROAD SOLON, OH 44139-3920 | | | | | | | 666 |
| ACCOUNT NO. | | | Consideration: Products | | | | |
| WALTER METALS LLC PO BOX 360117 PITTSBURGH, PA 15251-6117 | | | | | | | 130 |
| ACCOUNT NO. | | | Consideration: Services | | | | |
| WARD TRUCKING P.O. BOX 1553 ALTOONA, PA 16603 | | | | | | | 114 |
| ACCOUNT NO. | | | | | | | |
| WEINSTOCK BRO. CORP 140 East Mineola Avenue Valley Stream, NY 11580 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Consideration: Products | | | | |
| WELCH PACKAGING GROUP INC. 24775 NETWORK PLACE CHICAGO, IL 60673-1247 | | | | | | | 4,059 |

Sheet no. 57 of 59 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ | $ | 4,969
Total ▶ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. ver. 4.6.2-760 - 31805-302Y-08510

Amended

In re  Cardinal Fastener & Specialty Co., Inc.                    ,          Case No.  11-15719
_____                                    _____
Debtor                                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Consideration: Insurance | | | | |
| WELLS FARGO INSURANCE SERVICES USA PO BOX 601321 CHARLOTTE, NC 28260-1321 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Consideration: Products | | | | |
| Whemco Ohio Foundry Inc. 1600 McClain Road Lima, OH 45804 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Consideration: Products | | | | |
| WIRE-NET 4855 W. 130TH STREET SUITE #1 CLEVELAND, OH 44135 | | | | | | | 25 |
| ACCOUNT NO. | | | | | | | |
| Wurth/Service Supply Inc. DECATUR P.O. Box 68957 Indianapolis, IN 46268 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| YORK FASTENERS 49 Woodland York, PA 17404 | | | | | | | Notice Only |

Sheet no. _58_ of _59_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 25

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Amended

In re  Cardinal Fastener & Specialty Co., Inc.            ,          Case No.  11-15719
                    Debtor                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> YRC <br> PO BOX 13573 <br> NEWARK, NJ 07188-3573 | | | Consideration: Products | | | | 761 |
| ACCOUNT NO. <br><br> ZIEGLERS BOLT & NUT HOUSE <br> P.O. BOX 80369 STA., C <br> CANTON, OH 44708-0369 | | | Consideration: Products | | | | 57 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 59 of 59 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | | |
|---|---|---|
| Subtotal ▶ | $ | 818 |
| Total ▶ | $ | 3,087,993 |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

**Amended**

In re   Cardinal Fastener & Specialty Co., Inc.   Case No.   11-15719
_____
Debtor                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CARDINAL PROPERTY MANAGEMENT, LLC<br>5185 RICHMOND ROAD<br>BEDFORD HEIGHTS, OH 44146 | Lease of land and building<br><br>Lease on nonresidential real property |
| Industrial Fasteners Instituite<br>6363 Oak treet Boulevard<br>Independence, OH 44131 | Company and Associate Member Dues Collection |
| Stoneworks<br>5194 Richmond Road<br>Bedford, OH 44146 | Cardinal Fastener leases parking spaces to Stoneworks on a month to month basis<br>$700.00 per month for up to 30 spaces<br><br>Lease on nonresidential real property |
| Pitney Bowes<br>10 Middle Street - 10th Floor<br>Bridgeport, CT 06604 | Lease of postage equpment, Lease No. 3408441-002<br>63 months - expires 11/15/12<br>$193 quarterly |
| JAK Snowplowing<br>3218 St. Rt. 82 Lot 19<br>Mantua, OH 44255 | Snow removal in parking lot |
| ARAMARK UNIFORM SERVICES<br>3600 EAST 93RD STREET<br>CLEVELAND, OH 44105 | Uniform, cleaning supplies |
| Coverall<br>9680 Sweet Valley Drive<br>Valley View, OH 44125 | Cleaning serviices<br>All front office areas - $262.00 monthly<br>Warehouse bathrooms - $38.00 monthly |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. ver 4.6.2-760 - 31805-302Y-08510

Amended

In re Cardinal Fastener & Specialty Co., Inc.          Case No.          11-15719
          Debtor                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Culligan of Cleveland<br>4722 Spring Road<br>Brooklyn Hts., OH 44131 | Water Coolers<br>$38 monthly |
| Firstenergy Solutions Corp.<br>PO box 3638<br>Akron, Ohio 44309-3638 | Fixed Price Pricing Agreement/Customer Supply Agreement<br>Electricity |
| LAKE BUSINESS PRODUCTS LEASING INC.<br>37200 Research Drive<br>Eastlake, OH 44095 | Copier - Model 1025F, Serial No. DRL03553<br>35 months at $124.68<br>Effective 5/1/10<br>Also maintenance contract |
| ALLIED WASTE SERVICES (Republic Services)<br>CLEVELAND DISTRICT<br>P.O. BOX 9001099<br>LOUISVILLE, KY 40290-1099 | Trash Pickup<br>36 month contract effective 10/19/09<br>Expires 10/19/12<br>$350.96 monthly for trash / $58.00 monthly for recycling |
| United Parcel Service<br>4300 E. 68th Street<br>Cleveland, Ohio 44105-5725 | Carrier Agreement<br>36 month - effective 2/1/09<br>Expires 2/1/12 |
| Imperial Heating and Cooling<br>30685 Solon Industrial Parkway<br>Solon, OH 44139 | Service Contract - HVAC Service |
| Hess Corporation<br>One Hess Plaza<br>Woodbridge, NJ 07095 | Purchase and Sale of Natural Gas |
| ORKIN EXTERMINATING COMPANY, INC.<br>Orkin Extermination<br>6940 W. Snowville Rd.<br>CLEVELAND, OH 44141 | Commercial Services Agreement with Acurid<br>$64.20 monthly lease payment |

Bankruptcy2014 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31805-302Y-08510

Amended

In re Cardinal Fastener & Specialty Co., Inc.   Case No.   11-15719
    Debtor             (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| JERGENS INDUSTRIAL SUPPLY<br>PO BOX 931344<br>CLEVELAND, OH 44193 | Industrial Vending Machine System and Consignment Agreement<br>Effective December 29, 2009<br>Term: 36 months - expires 12/29/12 |
| Crane America Services<br>88048 Expedite Way<br>Chicago, IL 60695-0001 | OSHA Monthly Inspections |
| Filing Scale Company<br>1500 Enterprise Parkway<br>Twinsburg, OH 44087 | Monthly Scale Inspection |
| Intercept<br>1700 42nd Street SW<br>Suite 2000<br>Fargo, ND 58103 | Company authorization agreement (GEMS Payroll) create and transmit ACH files to Intercept Corporation for purpose of transferring funds through ACH |
| Fastenal Company<br>Product Support Center<br>4730 Service Drive<br>Einona, MN 55987 | 2011 Fastenal Commodity marketing PartnershipProgram<br>Term: 1 year<br>Effective Date: 1/1/2011 |
| First Communications, LLC<br>3340 West Market Street<br>Akron, OH 44333 | Business Service Agreement |
| ALGORITHM, INC.<br>PO Box 75569<br>Cleveland, OH 44101-4755 | Maintenance and Support for Exact Progression Software |
| Open Purchase Orders with Customers | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. ver. 4.6.2-760 - 31805-302Y-08510

**B6H (Official Form 6H) (12/07)**



In re  Cardinal Fastener & Specialty Co., Inc.                    Case No.    11-15719
_____                              _____
              **Debtor**                                                      **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| CARDINAL PROPERTY MANAGEMENT, LLC<br>5185 RICHMOND ROAD<br>BEDFORD HEIGHTS, OH 44146 | Grow America Fund, Inc.<br>708 Third Avenue, Suite 710<br>New York, NY 10017 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc. ver. 4.6.2-760 - 31805-302V-08510



# United States Bankruptcy Court
## Northern District of Ohio

In re   Cardinal Fastener & Specialty Co., Inc.      Case No.    11-15719

                 Debtor

Chapter    11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 0 | | |
| B – Personal Property | YES | 3 | $ 9,601,478 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 2,707,881 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 18 | | $ 176,145 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 60 | | $ 3,087,993 | |
| G - Executory Contracts and Unexpired Leases | YES | 3 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0 |
| TOTAL | | 88 | $ 9,601,478 | $ 5,972,019 | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31805-302Y-08510

# United States Bankruptcy Court

Northern District of Ohio

*Amended*

In re    Cardinal Fastener & Specialty Co., Inc.        Case No.    11-15719
                  Debtor

Chapter    11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ N.A. |
| Student Loan Obligations (from Schedule F) | $ N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ N.A. |
| TOTAL | $ N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ N.A. |
| Average Expenses (from Schedule J, Line 18) | $ N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ N.A. |
| 4. Total from Schedule F | | $ N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ N.A. |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.2-760 - 31805-302Y-08510

B6 (Official Form 6 - Declaration) (12/07)

**AMENDED**

Cardinal Fastener & Specialty Co., Inc.

In re _____        Case No. 11-15719
                    Debtor                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature: _____
                                                                              Debtor

Date _____        Signature: _____
                                                                      (Joint Debtor, if any)

[If joint case, both spouses must sign.]

-----------------------------------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any,                 Social Security No.
of Bankruptcy Petition Preparer                          (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____

Address

X _____                 _____
    Signature of Bankruptcy Petition Preparer                         Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the Cardinal Fastener & Specialty Co., Inc. [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 90 sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date August 8, 2011 _____        Signature: _____
                                                                      JOHN W. GRABNER
                                                           [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

-----------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*