TRANSMITTAL OF FINANCIAL REPORTS AND
CERTIFICATION OF COMPLIANCE WITH
UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR
THE PERIOD ENDED:  JULY 31, 2011

IN RE:                                                   :
                                                         :        CASE NO.:        11-15719
Cardinal Fastener & Specialty Co., Inc.                  :        Chapter 11
                                                         :        Judge:    Pat E. Morgenstern-Clarren
_____                          :
                    Debtor                               :
                                                         :

As debtor in possession, I affirm:

1.      That I have reviewed the financial statements attached hereto, consisting of:

            X            Operating Statement            (Form 2)
            X            Balance Sheet                  (Form 3)
            X            Summary of Operations          (Form 4)
            X            Monthly Cash Statement         (Form 5)
            X            Statement of Compensation      (Form 6)
            X            Schedule of In-Force Insurance (Form 7)

and that they have been prepared in accordance with normal and customary accounting
practices, and fairly and accurately reflect the debtor's financial activity for the period stated;

2.      That the insurance, including workers' compensation and unemployment insurance,
as described in Section 4 of the Reporting Requirements For Chapter 11 Cases is in effect; and,
(If not, attach a written explanation)         YES   X____        NO_____

3.      That all postpetition taxes as described in Sections 1 and 14 of the Operating
Instructions and Reporting Requirements For Chapter 11 cases are current.
(If not, attach a written explanation)         YES   X____        NO_____

4.      No professional fees (attorney, accountant, etc.) have been paid without specific
court authorization.
(If not, attach a written explanation)         YES   X____        NO_____

5.      All United States Trustee Quarterly fees have been paid and are current.
                                               YES   X____        NO_____

6.      Have you filed your prepetition tax returns.
(If not, attach a written explanation)         YES_____         NO   X____
        All returns filed except for income tax returns.                    Filed for extension until 9/15/11

I hereby certify, under penalty of perjury, that the information provided above and in the attached documents
is true and correct to the best of my information and belief.

Dated:        8/22/2011

                                               _Wendy L. Brugmann_
                                               Debtor-in-Possession

                                               ___EVP/COO___        _216-831-3800_
                                                   Title                 Phone

**Form 1**

## CARDINAL FASTENER & SPECIALTY CO., INC.
### OPERATING STATEMENT (P&L)
**Period Ending: July 31, 2011**

**Case No:** 11-15719

| | Current Month | Total Since Filing |
|---|---|---|
| | Jul-11 | 2011 |
| Gross Shipments | 255,529 | 255,529 |
| Less Credit Memos | (3,714) | (3,714) |
| Net Shipments | 251,815 | 251,815 |
| Cost of Goods Sold | 71,743 | 71,743 |
| Gross Profit | 180,072 | 180,072 |
| **Manufacturing Expenses:** | | |
| **Fixed:** | | |
| Salaries | 5,558 | 5,558 |
| Utilities | 7,183 | 7,183 |
| Building Rent | 7,200 | 7,200 |
| Depreciation | 42,949 | 42,949 |
| Taxes | 2,968 | 2,968 |
| Insurance | 2,041 | 2,041 |
| Total Fixed | 67,899 | 67,899 |
| **Variable:** | | |
| **Labor:** | | |
| Plant-Direct | 11,904 | 11,904 |
| Plant-Indirect | 2,001 | 2,001 |
| Temporary | - | - |
| Tool/Die | 2,779 | 2,779 |
| Quality Control/Heat Treat | 1,246 | 1,246 |
| Maintenance | - | - |
| Total Labor | 17,931 | 17,931 |
| **Supplies, Tool, M&R:** | | |
| Forge-Supplies | - | - |
| Forge-Tools | - | - |
| Forge-M & R | - | - |
| Thread-Supplies | - | - |
| Thread-Tools | - | - |
| Thread/Machine-M & R | - | - |
| Tool/Die-Supplies | - | - |
| Quality Control -Tools | - | - |
| Supplies/Rental | 4,574 | 4,574 |
| Total Supplies, Tools, M&R | 4,574 | 4,574 |
| **Other:** | | |
| Outside Services | - | - |
| Payroll Expenses | 7,737 | 7,737 |
| Bonus | - | - |
| Miscellaneous | 3,268 | 3,268 |
| Total Other | 11,004 | 11,004 |
| Total Mfg. Expense | 101,407 | 101,407 |
| Manufacturing Profit | 78,665 | 78,665 |

Form 2

| Operating Expenses: | | |
|---|---|---|
| Fixed: | | |
|   Office Salaries (managers) | 17,673 | 17,673 |
|   Office Travel & Entertainment | 2,258 | 2,258 |
|   Bad Debt Expense | 1,000 | 1,000 |
|   Utilities | 930 | 930 |
|   Building Rent | 1,800 | 1,800 |
|   Taxes | 307 | 307 |
|   Depreciation | 8,719 | 8,719 |
|   Audit | 2,500 | 2,500 |
|   Legal | 3,825 | 3,825 |
|   Consulting | 758 | 758 |
|   Insurance | 875 | 875 |
|     Total Fixed | 40,644 | 40,644 |
| | | |
| Variable: | | |
| Office/Other: | | |
|   Office Salaries (non-managers) | 1,873 | 1,873 |
|   Office Supplies | (310) | (310) |
|   Payroll Expense | (3,883) | (3,883) |
|   Bonus | | |
|   Miscellaneous | 6,295 | 6,295 |
|     Total Office/Other | 3,974 | 3,974 |
| | | |
| Sales: | | |
|   Sales Salaries | 17,992 | 17,992 |
|   Sales Commissions | 2,144 | 2,144 |
|   Sales Travel & Entertainment | 660 | 660 |
|   Sales Advertising/shows | 5,682 | 5,682 |
|   Sales Telephone | 5,760 | 5,760 |
|     Total Sales | 32,239 | 32,239 |
| | | |
| Shipping: | | |
|   Shipping Labor | 1,224 | 1,224 |
|   Shipping Truck | 271 | 271 |
|   Shipping Supplies | 103 | 103 |
|     Total Shipping | 1,599 | 1,599 |
| | | |
| Total Operating Expenses | 78,456 | 78,456 |
| | | |
| Net Operating Profit | 209 | 209 |
| | | |
| Other Expenses: | | |
|   Interest Expense and Fees ** | 23,433 | 23,433 |
|   Other Expense (Income) | 415 | 415 |
| | | |
| Income Before Taxes | (23,639) | (23,639) |
| | | |
| Professional Fee Carve-Outs | 59,000 | 59,000 |
| | | |
| Net Income (Loss) | (82,639) | (82,639) |

Date: 8/22/11

_Wendy L. Dickerman_

Debtor in Possession

Form 2

Form 2

**Interest Expense and Fees Detail**

| | | |
|---|---:|---:|
| **Interest Expense and Fees Detail** | | |
| Accrued interest Grow America Fund | 2,500 | 2,500 |
| Accrued interest subordinated debt | 10,075 | 10,075 |
| Interest expense Wells Fargo | 7,680 | 7,680 |
| Wells Fargo service charges | 3,150 | 3,150 |
| Miscellaneous | 28 | 28 |
| **Total Interest Expense and Fees** | 23,433 | 23,433 |

### CARDINAL FASTENER & SPECIALTY CO., INC.
### BALANCE SHEET
#### Period Ending: July 31, 2011

| | | | Case No: | 11-15719 |
|---|---|---|---|---|

| | Current Month | Prior Month | | At Filing |
|---|---|---|---|---|
| **ASSETS** | 7/31/2011 | N/A | | 6/30/2011 |
| **Current Assets:** | | | | |
| Cash | 279,006 | | | 60,715 |
| Accounts Receivable | 373,707 | | | 548,162 |
| Allowance for Doubtful Accounts | (31,743) | | | (30,743) |
| Note Receivable | 737,715 | | | 737,497 |
| Inventory | 1,231,571 | | | 1,214,928 |
| Prepaid Expenses | 16,039 | | | 16,039 |
|    Total Current Assets | 2,606,295 | - | | 2,546,597 |
| | | | | |
| **Fixed Assets:** | | | | |
| Machinery & Equipment | 6,001,140 | | | 6,001,140 |
| Capital Leases | 24,823 | | | 24,823 |
| Office Equipment | 636,087 | | | 636,087 |
| Leasehold Improvements | 403,746 | | | 403,746 |
|    Total Fixed Assets | 7,065,795 | - | | 7,065,795 |
| Depreciation | (4,546,405) | | | (4,494,737) |
|    Net Fixed Assets | 2,519,391 | - | | 2,571,059 |
| | | | | |
| Other Assets | 75,120 | | | 64,610 |
| | | | | |
| **Total Assets** | 5,200,806 | - | | 5,182,266 |
| | | | | |
| **LIABILITIES** | | | | |
| **Postpetition Liabilities:** | | | | |
| Accounts Payable | 47,872 | | | - |
| Accrued Expenses** | 148,601 | | | - |
|    Total Postpetition Liabilities | 196,472 | - | | - |
| | | | | |
| **Secured Liabilities:** | | | | |
| Wells Fargo | 1,833,179 | | | 1,833,179 |
| Grow America Fund | 874,704 | | | 874,704 |
|    Total Secured Liabilities | 2,707,883 | - | | 2,707,883 |
| | | | | |
| **Prepetition Liabilities:** | | | | |
| Prepetition Wages/Salaries/Benefits | 106,814 | | | 202,108 |
| Unsecured Liabilities | 3,151,947 | | | 3,151,947 |
|    Total Prepetition Liabilities | 3,258,761 | - | | 3,354,054 |
| | | | | |
| **Shareholders' Equity:** | | | | |
| Common Stock | 500 | | | 500 |
| Less: Treasury Shares | (731,434) | | | (731,434) |
| Paid-in Capital | 111,654 | | | 111,654 |
| Retained Earnings | (260,390) | | | 311,767 |
| Current Year Net Income (Loss) | (82,640) | | | (572,158) |
|    Total Equity | (962,310) | - | | (879,671) |
| | | | | |
| **Total Liabilities & Equity** | 5,200,806 | - | | 5,182,266 |

Date: 8/22/11

*Wendy L. Billmann*
Debtor in Possession

| **Accrued Expenses Detail:** | | | | | |
|---|---:|---|---|---|---:|
| Carve-Out Fees | 59,000 | | | | - |
| Fastenal rebate/show | 2,399 | | | | - |
| Subordinated debt interest | 6,200 | | | | - |
| Illuminating Company | 8,674 | | | | - |
| Interest on Grow America Fund | 2,500 | | | | - |
| Rent Cardinal Property Management | 9,000 | | | | - |
| Payroll, commissions, taxes withheld, taxes payable | 60,829 | | | | - |
| **Total Accrued Expenses** | 148,601 | | - | | - |

**CARDINAL FASTENER & SPECIALTY CO., INC.**
**SUMMARY OF PAYABLES AND RECEIVABLES**
**Period Ended:  July 31, 2011**

Case No:  11-15719

### Schedule of Postpetition Taxes Payable

| | Beginning Balance | Accrued/ Withheld | Payments/ Deposits | Ending Balance |
|---|---|---|---|---|
| **Income Taxes Withheld:** | | | | |
| Federal | - | 8,498.98 | (8,498.98) | - |
| State | - | 2,655.61 | - | 2,655.61 |
| Local | - | 1,674.96 | - | 1,674.96 |
| **FICA Withheld** | - | 4,644.53 | (4,644.53) | - |
| **Employers FICA** | - | 6,278.00 | (6,278.00) | - |
| **Unemployment Tax:** | | | | |
| Federal | - | 134.46 | - | 134.46 |
| State | - | 1,422.00 | - | 1,422.00 |
| **Sales, Use & Excise Taxes** | - | - | - | - |
| **Property Taxes** | - | 3,275.00 | - | 3,275.00 |
| **Workers' Compensation** | - | 1,206.66 | - | 1,206.66 |
| **Other** | - | - | - | - |
| **TOTALS:** | - | 29,790.20 | (19,421.51) | 10,368.69 |

### AGING OF ACCOUNTS RECEIVABLE AND POSTPETITION ACCOUNTS PAYABLE

| Age in Days | 0-30 | 30-60 | Over 60 | Total |
|---|---|---|---|---|
| Post Petition Accounts Payable | $ 47,872 | $ - | $ - | $ 47,872 |
| Accounts Receivable | $ 234,665 | $ 104,257 | $ 34,785 | $ 373,707 |

For all postpetition accounts payable over 30 days old, please attached a sheet listing each such account, to whom the account is owed, the date the account was opened, and the reason for non-payment of the account.

Describe events or factors occurring during this reporting period materially affecting operations and formulation of a Plan of Reorganization:

None

Date:  8/22/11

*Wendy L. Bullgmann*

Debtor in Possession

**Form 4**

CARDINAL FASTENER & SPECIALTY CO., INC.
MONTHLY CASH STATEMENT
Period Ending: July 31, 2011

Cash Activity Analysis (Cash Basis Only):                     Case No: 11-15719

|  | | Operations Acct. 7147 | Payroll Acct. 7154 | Carve Out Acct. 0249 | Lock Box Acct. 5625 | US Bank Acct. 3476 |
|---|---|---|---|---|---|---|
| A. | Beginning Balance 7/1/11 | $ 1,161.56 | $ 105.56 | $ - | $ 46,893.80 | $ 12,469.03 |
| B. | Receipts (Attach separate schedule) - see bank statement details | $ 294,108.79 | $ 100,258.64 | $ 59,000.00 | $ 232,625.22 | $ 143,483.24 |
| C. | Balance Available (A + B) | $ 295,270.35 | $ 100,364.20 | $ 59,000.00 | $ 279,519.02 | $ 155,952.27 |
| D. | Less Disbursements (Attach separate schedule) - see bank statement details | $ 226,207.42 | $ 100,364.20 | $ - | $ 130,978.98 | $ 153,896.71 |
| E. | ENDING BALANCE 7/31/11 (C - D) | $ 69,062.93 | $ - | $ 59,000.00 | $ 148,540.04 | $ 2,055.56 |

(PLEASE ATTACH COPIES OF MOST RECENT RECONCILED BANK STATEMENTS FROM EACH ACCOUNT)

General Account:
   1. Depository Name & Location    Wells Fargo Operating Account
   2. Account Number (last 4 digits only)    7147

Payroll Account:
   1. Depository Name & Location    Wells Fargo Payroll Account
   2. Account Number (last 4 digits only)    7154

Tax Account:
   1. Depository Name & Location    N/A - comes out of payroll account
   2. Account Number (last 4 digits only)

Carve Out Account:
   1. Depository Name & Location    Wells Fargo Carve Out Account
   2. Account Number (last 4 digits only)    0249

Lock Box Account:
   1. Depository Name & Location    Wells Fargo Lock Box Account
   2. Account Number (last 4 digits only)    5625

Local Account:
   1. Depository Name & Location    US Bank Checking Account, Bedford Hts., OH
   2. Account Number (last 4 digits only)    3476

Other monies on hand (specify type and location) i.e., CD's, bonds, etc.):
Petty Cash     $    348

Date: 8/22/11

_Wendy L. Bürgmann_
Debtor in Possession

**Form 5**

CARDINAL FASTENER & SPECIALTY CO., INC.
MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS
Period Ending:  July 31, 2011

Case No: _____ 11-15719 _____

The following information is to be provided for each shareholder, officer,
director, manager, insider, or owner that is employed by the debtor in possession.
**Attach additional pages if necessary.**

Name:    John W. Grabner _____

| Capacity: | | |
|---|---|---|
| X | Shareholder |
| X | Officer |
| X | Director |
| | Insider |

Detailed Description of Duties:

_____

_____

| Current Compensation Paid: | Weekly | or | Monthly |
|---|---|---|---|
| | $ 2,308 | | |

| Current Benefits Paid: | Weekly | or | Monthly |
|---|---|---|---|
| Health Insurance | $ 158 | | $ - |
| Life Insurance | $ - | | $ 1,162 |
| Retirement | $ - | | $ - |
| Company Vehicle | $ - | | $ 377 |
| Entertainment | $ - | | $ - |
| Travel | $ - | | $ - |
| Other Benefits | $ - | | $ 1,191 |
| Total Benefits | $ 158 | | $ 2,730 |

| Current Other Payments Paid: | Weekly | or | Monthly | |
|---|---|---|---|---|
| Rent Paid | $ - | | $ - | |
| Loans | $ - | | $ - | |
| Other (Describe) | $ - | | $ 660 | Meals for potential buyers of Cardinal |
| Other (Describe) | $ - | | $ 130 | Supplies for Cardinal |
| Other (Describe) | $ - | | $ 2,375 | Prepetition court approved reimbursement obligation |
| Total Other Payments | $ - | | $ 3,164 | |

| CURRENT TOTAL OF ALL PAYMENTS: | Weekly | or | Monthly |
|---|---|---|---|
| | $ 2,465 | | $ 5,894 |

Dated:    8/22/2011

_____
Principal, Officer, Director, or Insider

**Form 6**

CARDINAL FASTENER & SPECIALTY CO., INC.
MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS
Period Ending: July 31, 2011

Case No: _____ 11-15719

The following information is to be provided for each shareholder, officer, director, manager, insider, or owner that is employed by the debtor in possession. <u>Attach additional pages if necessary.</u>

Name: Wendy L. Brugmann

Capacity:

| | |
|---|---|
| X | Shareholder |
| X | Officer |
| X | Director |
| | Insider |

Detailed Description of Duties: _____

| Current Compensation Paid: | Weekly | or | Monthly |
|---|---|---|---|
| | $ 2,308 | | $ - |

| Current Benefits Paid: | Weekly | or | Monthly |
|---|---|---|---|
| Health Insurance | $ - | | $ - |
| Life Insurance | $ - | | $ - |
| Retirement | $ - | | $ - |
| Company Vehicle | $ - | | $ - |
| Entertainment | $ - | | $ - |
| Travel | $ - | | $ - |
| Other Benefits | $ - | | $ 650 |
| Total Benefits | $ - | | $ 650 |

| Current Other Payments Paid: | Weekly | or | Monthly | |
|---|---|---|---|---|
| Rent Paid | $ - | | $ - | |
| Loans | $ - | | $ - | |
| Other (Describe) | $ - | | $ 1,300 | Prepetition court approved reimbursement obligation |
| Other (Describe) | $ - | | $ - | |
| Other (Describe) | $ - | | $ - | |
| Total Other Payments | $ - | | $ 1,300 | |

| CURRENT TOTAL OF ALL PAYMENTS: | Weekly | or | Monthly |
|---|---|---|---|
| | $ 2,308 | | $ 1,950 |

Dated: 8/22/2011

*Wendy L. Brugmann*
Principal, Officer, Director, or Insider

**Form 6**

Case No: _____ 11-15719

The following information is to be provided for each shareholder, officer, director, manager, insider, or owner that is employed by the debtor in possession. **Attach additional pages if necessary.**

Name: Jeff G. Grabner

| Capacity: | | |
|---|---|---|
| X | Shareholder |
| X | Officer |
| X | Director |
| | Insider |

Detailed Description of Duties: _____

_____

| Current Compensation Paid: | Weekly | or | Monthly |
|---|---|---|---|
| | $ 1,154 | | |

| Current Benefits Paid: | Weekly | or | Monthly |
|---|---|---|---|
| Health Insurance | $ 40 | | $ - |
| Life Insurance | $ - | | $ - |
| Retirement | $ - | | $ - |
| Company Vehicle | $ - | | $ - |
| Entertainment | $ - | | $ - |
| Travel | $ - | | $ - |
| Other Benefits | $ - | | $ - |
| Total Benefits | $ 40 | | $ - |

| Current Other Payments Paid: | Weekly | or | Monthly |
|---|---|---|---|
| Rent Paid | $ - | | $ - |
| Loans | $ - | | $ - |
| Other (Describe) | $ - | | $ - |
| Other (Describe) | $ - | | $ - |
| Other (Describe) | $ - | | $ - |
| Total Other Payments | $ - | | $ - |

| CURRENT TOTAL OF ALL PAYMENTS: | Weekly | or | Monthly |
|---|---|---|---|
| | $ 1,194 | | $ - |

Dated: 8/22/2011

Principal, Officer, Director, or Insider

**Form 6**

CARDINAL FASTENER & SPECIALTY CO., INC.
MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS
Period Ending:  July 31, 2011

Case No: _____ 11-15719 _____

The following information is to be provided for each shareholder, officer, director, manager, insider, or owner that is employed by the debtor in possession. **Attach additional pages if necessary.**

Name:   Denise R. Muha _____

Capacity:        _____ X _____ Shareholder
                 _____ Officer
                 _____ Director
                 _____ Insider

Detailed Description of Duties: _____

_____

| Current Compensation Paid: | Weekly | or | Monthly |
|---|---|---|---|
| | $    1,635 | | $ |

| Current Benefits Paid: | Weekly | or | Monthly |
|---|---|---|---|
| Health Insurance | $    - | | $    - |
| Life Insurance | $    - | | $    - |
| Retirement | $    - | | $    - |
| Company Vehicle | $    - | | $    - |
| Entertainment | $    - | | $    - |
| Travel | $    - | | $    - |
| Other Benefits | $    - | | $    - |
| Total Benefits | $    - | | $    - |

| Current Other Payments Paid: | Weekly | or | Monthly |
|---|---|---|---|
| Rent Paid | $    - | | $    - |
| Loans | $    - | | $    - |
| Other (Describe) | $    - | | $    - |
| Other (Describe) | $    - | | $    - |
| Other (Describe) | $    - | | $    - |
| Total Other Payments | $    - | | $    - |

| CURRENT TOTAL OF ALL PAYMENTS: | Weekly | or | Monthly |
|---|---|---|---|
| | $    1,635 | | $    - |

Dated:   8/22/2011

_Denise R. Muha_____
Principal, Officer, Director, or Insider

**Form 6**

CARDINAL FASTENER & SPECIALTY CO., INC.
MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS
Period Ending:   July 31, 2011

Case No: _____ 11-15719

The following information is to be provided for each shareholder, officer, director, manager, insider, or owner that is employed by the debtor in possession. **Attach additional pages if necessary.**

Name:    Johnny W. Grabner _____

| Capacity: | X | Shareholder |
|---|---|---|
| | X | Officer |
| | X | Director |
| | | Insider |

Detailed Description of Duties: _____

_____

| Current Compensation Paid: | Weekly | or | Monthly |
|---|---|---|---|
| | $   1,058 | | |

| Current Benefits Paid: | Weekly | or | Monthly |
|---|---|---|---|
| Health Insurance | $   40 | | $   - |
| Life Insurance | $   - | | $   - |
| Retirement | $   - | | $   - |
| Company Vehicle | $   - | | $   - |
| Entertainment | $   - | | $   - |
| Travel | $   - | | $   - |
| Other Benefits | $   - | | $   - |
| Total Benefits | $   40 | | $   - |

| Current Other Payments Paid: | Weekly | or | Monthly |
|---|---|---|---|
| Rent Paid | $   - | | $   - |
| Loans | $   - | | $   - |
| Other (Describe) | $   - | | $   - |
| Other (Describe) | $   - | | $   - |
| Other (Describe) | $   - | | $   - |
| Total Other Payments | $   - | | $   - |

| CURRENT TOTAL OF ALL PAYMENTS: | Weekly | or | Monthly |
|---|---|---|---|
| | $   1,098 | | $   - |

Dated:    8/22/2011

_____
Principal Officer, Director, or Insider

**Form 6**

CARDINAL FASTENER & SPECIALTY CO., INC.

## SCHEDULE OF IN-FORCE INSURANCE

**Period Ending:**     July 31, 2011

Case No:   11-15719

| INSURANCE TYPE | CARRIER | EXPIRATION DATE |
|---|---|---|
| Workers' Compensation | Ohio Bureau of Workers' Compensation | 2/29/2012 |
| Liability, Property, Crime, Equipment | CNA Insurance Company | 12/30/2011 |
| Auto | CNA Insurance Company | 12/30/2011 |
| Umbrella | CNA Insurance Company | 12/30/2011 |

8/22/11

*Wendy L. Baumann*
Debtor in Possession

Form 7

# WellsOne® Account



CARDINAL FASTENER AND SPECIALTY CO INC
DEBTOR IN POSSESSION
CHAPTER 11, CASE #11-15719 (OH)
OPERATING ACCOUNT
5185 RICHMOND RD
BEDFORD HEIGHTS OH 44146-1330

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online: wellsfargo.com*

*Write:* Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA 94163

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ███████7147 | $1,161.56 | $294,108.79 | -$226,207.42 | $69,062.93 |

## Credits

### Deposits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 07/26 | 71,978.98 ✓ | Book Transfer From #4123715625 Per Adam A. Lundgren. |
| | | **$71,978.98** | **Total deposits** |

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 07/05 | 79,629.81 ✓ | WT Fed#00176 Nordea Bank Finlan /Org=Vestas Assembly A\S Srf# 110705075225100 Trn#110705030794 Rfb# Wp0000365364 |
| | 07/14 | 87,000.00 | WT Fed#01613 U.S. Bank, N.A. /Org=Cardinal Fastener & Specialty CO, I Srf# 110714015689 Trn#110714052708 Rfb# 110714015689 |
| | 07/19 | 50,000.00 | WT Fed#02101 U.S. Bank, N.A. /Org=Cardinal Fastener & Specialty CO, I Srf# 110719021855 Trn#110719069898 Rfb# 110719021855 |
| | 07/26 | 5,500.00 | WT Fed#00499 U.S. Bank, N.A. /Org=Cardinal Fastener & Specialty CO, I Srf# 110726006292 Trn#110726027263 Rfb# 110726006292 |
| | | **$222,129.81** | **Total electronic deposits/bank credits** |
| | | **$294,108.79** | **Total credits** |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 07/11 | 4,279.27 ✓ | Client Analysis Srvc Chrg 110708 Svc Chge 0611 000004121377147 |
| | 07/14 | 18,809.29 | ZBA Funding Account Transfer to 4121377154 |

ie = SC94B129   (182)
IeceID = 030840   Sheet Seq = 0031810
ivert = 0   Sheet 00001 of 00002



## Electronic debits/bank debits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 07/15 | 2,970.91 ✓ | Interest Payment Customer# 1427945172 Obligation# 0000000026 |
| | 07/15 | 869.09 ✓ | Interest Payment Customer# 1427945172 Obligation# 0000000042 |
| | 07/15 | 15,435.13 | ZBA Funding Account Transfer to 4121377154 |
| | 07/18 | 16,131.61 | ZBA Funding Account Transfer to 4121377154 |
| | 07/19 | 7,235.35 | ZBA Funding Account Transfer to 4121377154 |
| | 07/20 | 18,438.77 | ZBA Funding Account Transfer to 4121377154 |
| | 07/21 | 3,032.02 | ZBA Funding Account Transfer to 4121377154 |
| | 07/22 | 1,485.50 ✓ | Interest Payment Customer# 1427945172 Obligation# 0000000026 |
| | 07/22 | 434.50 ✓ | Interest Payment Customer# 1427945172 Obligation# 0000000042 |
| | 07/22 | 5,008.24 | ZBA Funding Account Transfer to 4121377154 |
| | 07/25 | 8,327.99 | ZBA Funding Account Transfer to 4121377154 |
| | 07/26 | 1,340.23 | ZBA Funding Account Transfer to 4121377154 |
| | 07/27 | 2,372.88 | ZBA Funding Account Transfer to 4121377154 |
| | 07/28 | 1,257.92 | ZBA Funding Account Transfer to 4121377154 |
| | 07/29 | 1,485.50 ✓ | Interest Payment Customer# 1427945172 Obligation# 0000000026 |
| | 07/29 | 434.50 ✓ | Interest Payment Customer# 1427945172 Obligation# 0000000042 |
| | 07/29 | 2,869.21 | ZBA Funding Account Transfer to 4121377154 |
| | | **$112,217.91** | **Total electronic debits/bank debits** |

## Checks paid

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 28291 | 4,573.20 | 07/22 | 28307 | 4,716.50 | 07/22 | 28321 | 4,367.16 | 07/27 |
| 28292 | 2,889.28 | 07/18 | 28308 | 356.20 | 07/25 | 28322 | 77.58 | 07/26 |
| 28293 | 55.00 | 07/19 | 28309 | 722.19 | 07/25 | 28323 | 1,635.50 | 07/25 |
| 28294 | 18,569.69 | 07/18 | 28310 | 1,176.33 | 07/25 | 28324 | 196.07 | 07/26 |
| 28295 | 7,556.71 | 07/18 | 28311 | 1,056.23 | 07/25 | 28325 | 36.00 | 07/25 |
| 28296 | 135.67 | 07/20 | 28312 | 203.58 | 07/21 | 28326 | 325.00 | 07/27 |
| 28297 | 465.22 | 07/21 | 28313 | 394.94 | 07/25 | 28327 | 650.00 | 07/25 |
| 28299* | 307.86 | 07/21 | 28314 | 219.34 | 07/21 | 28328 | 2,374.72 | 07/25 |
| 28300 | 8,263.11 | 07/21 | 28316* | 702.09 | 07/22 | 28329 | 384.38 | 07/25 |
| 28302* | 876.11 | 07/21 | 28317 | 368.96 | 07/25 | 28330 | 1,300.00 | 07/25 |
| 28304* | 4,575.00 | 07/21 | 28318 | 18,284.45 | 07/25 | 28331 | 105.12 | 07/27 |
| 28305 | 827.13 | 07/22 | 28319 | 23,535.41 | 07/27 | 28333* | 302.20 | 07/29 |
| 28306 | 454.13 | 07/25 | 28320 | 625.47 | 07/25 | 28342* | 325.98 | 07/29 |
| | | | | | | | **$113,989.51** | **Total checks paid** |

\* Gap in check sequence.

**$226,207.42    Total debits**

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/30 | 1,161.56 | 07/15 | 125,427.68 | 07/21 | 86,473.36 |
| 07/05 | 80,791.37 | 07/18 | 80,280.39 | 07/22 | 68,726.20 |
| 07/11 | 76,512.10 | 07/19 | 122,990.04 | 07/25 | 30,578.71 |
| 07/14 | 144,702.81 | 07/20 | 104,415.60 | 07/26 | 106,443.81 |



**WELLS FARGO**

### Daily ledger balance summary (continued)

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 07/27 | 75,738.24 | 07/28 | 74,480.32 | 07/29 | 69,062.93 |

**Average daily ledger balance** $75,312.40

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

File = SC94B129
PieceID = 030840   Sheet Seq = 0031811
Divert = 0   Sheet 00002 of 00002



# WellsOne® Account



CARDINAL FASTENER AND SPECIALTY CO INC
DEBTOR IN POSSESSION
CHAPTER 11, CASE #11-15719 (OH)
PAYROLL ACCOUNT
5185 RICHMOND RD
BEDFORD HEIGHTS OH 44146-1330

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS (1-800-289-3557)**
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA 94163

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ███████7154 | $105.56 | $100,258.64 | -$100,364.20 | $0.00 |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 07/14 | 18,809.29 | Zero Balance Account Transfer From 4121377147 |
| | 07/15 | 15,435.13 | Zero Balance Account Transfer From 4121377147 |
| | 07/18 | 16,131.61 | Zero Balance Account Transfer From 4121377147 |
| | 07/19 | 7,235.35 | Zero Balance Account Transfer From 4121377147 |
| | 07/20 | 18,438.77 | Zero Balance Account Transfer From 4121377147 |
| | 07/21 | 3,032.02 | Zero Balance Account Transfer From 4121377147 |
| | 07/22 | 5,008.24 | Zero Balance Account Transfer From 4121377147 |
| | 07/25 | 8,327.99 | Zero Balance Account Transfer From 4121377147 |
| | 07/26 | 1,340.23 | Zero Balance Account Transfer From 4121377147 |
| | 07/27 | 2,372.88 | Zero Balance Account Transfer From 4121377147 |
| | 07/28 | 1,257.92 | Zero Balance Account Transfer From 4121377147 |
| | 07/29 | 2,869.21 | Zero Balance Account Transfer From 4121377147 |
| | | **$100,258.64** | **Total electronic deposits/bank credits** |
| | | **$100,258.64** | **Total credits** |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 07/14 | 7,044.70 ✓ | IRS Usataxpymt 071411 274159500760666 Cardinal Fastener & Sp |
| | 07/18 | 7,078.03 | Gems Invoice Dbt Billing 8575 Cardinal Fastener & Sp |
| | 07/18 | 125.64 ✓ | Gems Invoice Dbt Billing 8575 Cardinal Fastener & Sp |

File = SC948129   (182)
PieceID = 030841   Sheet Seq = 0031812
Divert = 0   Sheet 00001 of 00002







### Electronic debits/bank debits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 07/18 | 102.32 ✓ | Gems Invoice Dbt Billing 8575 Cardinal Fastener & Sp |
| | 07/18 | 100.16 ✓ | Gems Invoice Dbt Billing 8575 Cardinal Fastener & Sp |
| | 07/18 | 100.11 ✓ | Gems Invoice Dbt Billing 8575 Cardinal Fastener & Sp |
| | 07/18 | 98.54 ✓ | Gems Invoice Dbt Billing 8575 Cardinal Fastener & Sp |
| | 07/18 | 88.31 ✓ | Gems Invoice Dbt Billing 8575 Cardinal Fastener & Sp |
| | 07/18 | 79.80 ✓ | Gems Invoice Dbt Billing 8575 Cardinal Fastener & Sp |
| | 07/18 | 77.75 ✓ | Gems Invoice Dbt Billing 8575 Cardinal Fastener & Sp |
| | 07/18 | 77.21 ✓ | Gems Invoice Dbt Billing 8575 Cardinal Fastener & Sp |
| | 07/18 | 75.27 ✓ | Gems Invoice Dbt Billing 8575 Cardinal Fastener & Sp |
| | 07/18 | 4.49 ✓ | Gems Invoice Dbt Billing 8575 Cardinal Fastener & Sp |
| ppw | 07/19 | X 3,493.82 ✓ | I Eplan Svcs Pad 401Kcontri 071811 126013 Cardinal Fastener & |
| | 07/19 | X 1,655.53 ✓ | I Eplan Svcs Pad 401Kcontri 071811 126013 Cardinal Fastener & |
| ppw | 07/19 | X 260.82 ✓ | I Eplan Svcs Pad 401Kcontri 071811 126013 Cardinal Fastener & |
| ppw | 07/19 | X 165.21 ✓ | I Eplan Svcs Pad 401Kcontri 071811 126013 Cardinal Fastener & |
| | 07/20 | X 17,319.29 ✓ | IRS Usataxpymt 072011 274160100241852 Cardinal Fastener & Sp |
| | 07/25 | 93.16 ✓ | Gems Invoice Dbt Billing 8575 Cardinal Fastener & Sp |
| | 07/27 | X 2,372.88 ✓ | I Eplan Svcs Pad 401Kcontri 072611 126013 Cardinal Fastener & |
| ppw | 07/29 | X 80.06 ✓ | IRS Usataxpymt 072911 274161000128229 Cardinal Fastener & Sp |

**$40,493.10  Total electronic debits/bank debits**

### Checks paid

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 236303 | 349.43 | 07/18 | 236334 | 1,579.97 | 07/19 | 236365* | 380.89 | 07/14 |
| 236304 | 341.36 | 07/15 | 236335 | 431.99 | 07/15 | 236366 | 466.78 | 07/18 |
| 236305 | 400.53 | 07/18 | 236336 | 760.03 | 07/15 | 236369* | 80.00 | 07/19 |
| 236306 | 669.79 | 07/15 | 236337 | 470.29 | 07/18 | 236371* | 928.25 | 07/14 |
| 236307 | 278.52 | 07/18 | 236338 | 742.77 | 07/18 | 236372 | 1,618.87 | 07/14 |
| 236308 | 189.91 | 07/14 | 236339 | 750.00 | 07/15 | 236399* | 501.49 | 07/26 |
| 236310* | 190.15 | 07/18 | 236340 | 1,849.96 | 07/21 | 236400 | 1,688.56 | 07/22 |
| 236311 | 287.78 | 07/15 | 236341 | 582.13 | 07/14 | 236401 | 641.47 | 07/25 |
| 236312 | 420.94 | 07/15 | 236342 | 449.58 | 07/15 | 236402 | 683.15 | 07/25 |
| 236313 | 71.97 | 07/15 | 236343 | 1,148.18 | 07/15 | 236403 | 312.01 | 07/25 |
| 236314 | 473.23 | 07/18 | 236344 | 1,124.44 | 07/18 | 236405* | 2,644.84 | 07/25 |
| 236315 | 534.49 | 07/15 | 236345 | 1,703.72 | 07/18 | 236406 | 730.03 | 07/25 |
| 236316 | 204.29 | 07/21 | 236349* | 294.06 | 07/18 | 236407 | 230.47 | 07/25 |
| 236317 | 452.01 | 07/14 | 236350 | 896.71 | 07/15 | 236408 | 302.41 | 07/25 |
| 236318 | 376.62 | 07/15 | 236351 | 246.46 | 07/18 | 236409 | 568.65 | 07/22 |
| 236319 | 337.58 | 07/15 | 236352 | 594.95 | 07/15 | 236410 | 379.84 | 07/22 |
| 236320 | 130.54 | 07/15 | 236353 | 424.84 | 07/14 | 236411 | 502.64 | 07/22 |
| 236321 | 261.58 | 07/18 | 236355* | 449.04 | 07/18 | 236412 | 817.78 | 07/22 |
| 236322 | 373.54 | 07/14 | 236356 | 277.76 | 07/18 | 236413 | 838.74 | 07/26 |
| 236323 | 169.07 | 07/18 | 236357 | 135.56 | 07/18 | 236414 | 612.68 | 07/22 |
| 236327* | 50.00 | 07/21 | 236358 | 383.97 | 07/15 | 236415 | 403.65 | 07/21 |
| 236329* | 3,985.67 | 07/15 | 236359 | 209.63 | 07/15 | 236416 | 474.58 | 07/25 |
| 236330 | 797.18 | 07/15 | 236360 | 262.70 | 07/18 | 236417 | 560.41 | 07/25 |
| 236331 | 750.00 | 07/18 | 236361 | 524.12 | 07/21 | 236418 | 61.76 | 07/29 |
| 236332 | 282.88 | 07/18 | 236362 | 325.58 | 07/15 | 236419 | 438.09 | 07/22 |
| 236333 | 6,919.71 | 07/14 | 236363 | 325.60 | 07/15 | 236420 | 773.71 | 07/25 |



## Checks paid (continued)

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 236428* | 80.00 | 07/28 | 236442* | 632.90 | 07/29 | 236462* | 325.82 | 07/29 |
| 236432* | 623.01 | 07/29 | 236444* | 467.01 | 07/28 | 236472* | 343.46 | 07/29 |
| 236439* | 422.36 | 07/29 | 236445 | 314.17 | 07/28 | 3000143* | 1,119.48 x | 07/20 |
| 236440 | 379.84 | 07/29 | 236449* | 396.74 | 07/28 | 3000145* | 881.75 X | 07/25 |

**$59,871.10**     **Total checks paid**

\* Gap in check sequence.

**$100,364.20**     **Total debits**

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/30 | 105.56 | 07/20 | 0.00 | 07/26 | 0.00 |
| 07/14 | 0.00 | 07/21 | 0.00 | 07/27 | 0.00 |
| 07/15 | 0.00 | 07/22 | 0.00 | 07/28 | 0.00 |
| 07/18 | 0.00 | 07/25 | 0.00 | 07/29 | 0.00 |
| 07/19 | 0.00 | | | | |

**Average daily ledger balance**     **$44.26**

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

File = SC94B129
PieceID = 030841    Sheet Seq = 0031813
Divert = 0    Sheet 00002 of 00002



# WellsOne ® Account



CARDINAL FASTENER AND SPECIALTY CO INC.          WS
DEBTOR IN POSSESSION, CHAPTER 11
5185 RICHMOND RD
BEDFORD HEIGHTS OH 44146-1330

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA 94163

---

## Account summary

### *WellsOne® Account*

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ████0249 | $0.00 | $59,000.00 | $0.00 | $59,000.00 |

## Credits

### Deposits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
|  | 07/26 | 59,000.00 ✓ | Book Transfer From #4123715625 Per Adam A. Lundgren. |
|  |  | **$59,000.00** | **Total deposits** |
|  |  | **$59,000.00** | **Total credits** |

## Daily ledger balance summary

| Date | Balance |
|---|---|
| 07/26 | 59,000.00 |
| **Average daily ledger balance** | **$59,000.00** |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

(182)
Sheet Seq = 0155769
Sheet 00001 of 00001

# WellsOne ® Account



### Questions?

Call your Customer Service Officer or Client Services
**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

Write: Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA 94163

CARDINAL FASTENER AND SPECIALTY CO INC.
DEBTOR IN POSSESSION
CHAPTER 11, CASE #11-15719 (OH)
COLLATERAL ACCOUNT FOR WELLS FARGO BANK
5185 RICHMOND RD
BEDFORD HEIGHTS OH 44146-1330

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ███5625 | $46,893.80 | $232,625.22 | -$130,978.98 | $148,540.04 |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 07/01 | 1,424.95 | Wugona, Inc. Data 110630 0\ |
| | 07/05 | 217.80 | Patton Industria ACH 00160 Cardinal Fastener |
| | 07/05 | 36,853.45 | E-Lockbox Deposit |
| | 07/06 | 4,012.38 | E-Lockbox Deposit |
| | 07/07 | 1,197.98 | Metso USA Inc EFT 0002124311 Cardinal Fastener & Sp |
| | 07/07 | 8,635.41 | E-Lockbox Deposit |
| | 07/11 | 433.12 | Fastenal Company Direct Pay 0000130091 Cardinal Fastener & Sp |
| | 07/11 | 22,262.54 | E-Lockbox Deposit |
| | 07/12 | 673.02 | E-Lockbox Deposit |
| | 07/13 | 939.52 | E-Lockbox Deposit |
| | 07/13 | 376.47 | 001Foreign Checks Deposited - Ref#07131136740002 |
| | 07/14 | 1,648.40 | Fastenal Company Direct Pay 0000130091 Cardinal Fastener & Sp |
| | 07/15 | 10,168.12 | Wugona, Inc. Data 110714 *000000000\ |
| | 07/15 | 8,874.67 | Fastenal Company Direct Pay 0000130091 Cardinal Fastener & Sp |
| | 07/15 | 922.69 | Desktop Check Deposit |
| | 07/15 | 2,284.62 | E-Lockbox Deposit |
| | 07/18 | 10,504.06 | Fastenal Company Direct Pay 0000130091 Cardinal Fastener & Sp |
| | 07/18 | 14,192.21 | Desktop Check Deposit |
| | 07/18 | 1,644.70 | E-Lockbox Deposit |
| | 07/19 | 4,688.29 | J&L Fast Payroll Vendor Pay Car400 Check Email for Invoices Paid |
| | 07/19 | 627.50 | Desktop Check Deposit |
| | 07/19 | 636.28 | E-Lockbox Deposit |
| | 07/20 | 3,456.95 | Fastenal Company Direct Pay 0000130091 Cardinal Fastener & Sp |



### Electronic deposits/bank credits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 07/20 | 11,586.85 | E-Lockbox Deposit |
| | 07/20 | 1,405.56 | 1 Foreign Checks Deposited |
| | 07/21 | 5,224.36 | Fastenal Company Direct Pay 0000130091 Cardinal Fastener & Sp |
| | 07/21 | 3,757.49 | E-Lockbox Deposit |
| | 07/22 | 9,688.28 | Wugona, Inc. Data 110721 8*7650.78*0.00\SE*6*0001\GE*1*0\lea*1*000000000\ |
| | 07/22 | 393.17 | Fastenal Company Direct Pay 0000130091 Cardinal Fastener & Sp |
| | 07/22 | 1,678.64 | Desktop Check Deposit |
| | 07/22 | 989.80 | E-Lockbox Deposit |
| | 07/25 | 426.10 | Fastenal Company Direct Pay 0000130091 Cardinal Fastener & Sp |
| | 07/25 | 2,685.81 | Desktop Check Deposit |
| | 07/25 | 1,129.32 | Desktop Check Deposit |
| | 07/25 | 37,721.11 | E-Lockbox Deposit |
| | 07/26 | 4,833.34 | J&L Fast Payroll Vendor Pay Car400 Check Email for Invoices Paid |
| | 07/26 | 1,074.08 | Fastenal Company Direct Pay 0000130091 Cardinal Fastener & Sp |
| | 07/26 | 923.80 | Desktop Check Deposit |
| | 07/27 | 3,567.18 | E-Lockbox Deposit |
| | 07/28 | 7,595.28 | E-Lockbox Deposit |
| | 07/29 | 40.17 | Fastenal Company Direct Pay 0000130091 Cardinal Fastener & Sp |
| | 07/29 | 1,229.75 | Desktop Check Deposit |
| | | **$232,625.22** | **Total electronic deposits/bank credits** |
| | | **$232,625.22** | **Total credits** |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 07/26 | 130,978.98 | Book Transfer to Two DDA'S AS Follows $71,978.98 Credit 4121377147 and $59,000.00 Credit 4122200249 Per Adam A. Lundgren. |
| | | **$130,978.98** | **Total electronic debits/bank debits** |
| | | **$130,978.98** | **Total debits** |

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/30 | 46,893.80 | 07/13 | 123,920.44 | 07/22 | 218,293.08 |
| 07/01 | 48,318.75 | 07/14 | 125,568.84 | 07/25 | 260,255.42 |
| 07/05 | 85,390.00 | 07/15 | 147,818.94 | 07/26 | 136,107.66 |
| 07/06 | 89,402.38 | 07/18 | 174,159.91 | 07/27 | 139,674.84 |
| 07/07 | 99,235.77 | 07/19 | 180,111.98 | 07/28 | 147,270.12 |
| 07/11 | 121,931.43 | 07/20 | 196,561.34 | 07/29 | 148,540.04 |
| 07/12 | 122,604.45 | 07/21 | 205,543.19 | | |

| Average daily ledger balance | $136,860.52 |
|---|---|

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Sheet Seq = 0166945
Sheet 00002 of 00002

# USbank

Close Window

To print this page, use your browser's print command.

## Checking

Account ending in 3476

| ACCOUNT BALANCE | AVAILABLE BALANCE |
|---|---|
| $2,055.56 | $2,055.56 |

### Recent Transactions

| DATE | CHECK # | DESCRIPTION | DEPOSIT | WITHDRAWAL | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| 07/26/11 | | Wire Transfer Withdrawl Wt27 Ref000499 Wells Sf 110726006292 Cardin | | $5,500.00 | $2,055.56 |
| 07/19/11 | | Wire Transfer Withdrawl Wt27 Ref002101 Wells Sf 110719021855 Cardin | | $50,000.00 | $7,555.56 |
| 07/18/11 | | Electronic Deposit Vestas Towers Am | $28,285.87 | | $57,555.56 |
| 07/15/11 | 1002 | Check  view | | $178.50 | $29,269.69 |
| 07/15/11 | | Analysis Service Charge | | $0.48 | $29,448.19 |
| 07/14/11 | | Wire Transfer Withdrawl Wt27 Ref001613 Wells Sf 110714015689 Cardin | | $87,000.00 | $29,448.67 |
| 07/14/11 | | Deposit  view | $4,762.76 | | $116,448.67 |
| 07/13/11 | | Deposit  view | $230.32 | | $111,685.91 |
| 07/12/11 | | Deposit  view | $15,305.35 | | $111,455.59 |
| 07/11/11 | 1001 | Check  view | | $2,655.00 | $96,150.24 |
| 07/11/11 | | Deposit  view | $6,641.06 | | $98,805.24 |
| 07/07/11 | | Electronic Withdrawal Dlx For Business | | $62.73 | $92,164.18 |
| 07/07/11 | | Deposit  view | $1,023.92 | | $92,226.91 |
| 07/06/11 | 97 | Check  view | | $2,500.00 | $91,202.99 |
| 07/06/11 | 99 | Check  view | | $6,000.00 | $93,702.99 |
| 07/05/11 | | Deposit  view | $5,003.69 | | $99,702.99 |
| 07/01/11 | | Deposit  view | $20,324.00 | | $94,699.30 |
| 07/01/11 | | Electronic Deposit Vestas Towers Am | $61,906.27 | | $74,375.30 |
| 06/30/11 | | Customer Withdrawal  view | | $16,039.00 | $12,469.03 |
| 06/30/11 | | Deposit  view | $903.99 | | $28,508.03 |
| 06/29/11 | 98 | Check  view | | $2,500.00 | $27,604.04 |
| 06/28/11 | | Deposit  view | $30,004.04 | | $30,104.04 |
| 06/27/11 | | Deposit  view | $100.00 | | $100.00 |

Close Window